## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of himself and all similarly situated individuals, | CIVIL ACTION NO. 20-cv-233 |
| Plaintiff, | JUDGE JWD |
| v. | MAGISTRATE SDJ |
| JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | CLASS ACTION |
| Defendant. | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO SUBSTITUTE REC. DOC. 01-8

NOW INTO COURT COMES Plaintiff in the above-captioned matter, through undersigned counsel, who moves this Honorable Court to grant Plaintiff's Motion to Substitute the attached filing for Rec. Doc. 01-8. Plaintiff erroneously filed Rec. Doc. 01-8 with unredacted personal information contained therein. The attached substitute filing has all personal information redacted.

Respectfully submitted this 16th day of April, 2020.

/s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287
Jamila Johnson, La. Bar No. 37953
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Sarah Grady (*pro hac vice* forthcoming)
Stephen H. Weil (*pro hac vice* forthcoming)
Michael Kanovitz (*pro hac vice* forthcoming)
Loevy & Loevy

311 N. Aberdeen  
Chicago, IL 60607  
Telephone: (312) 243-5900  
Facsimile: (312) 243-5902  
Email: sarah@loevy.com  

William Most, La. Bar No. 36914  
David Lanser, La. Bar No. 37764  
Sarah Chervinsky, La. Bar No. 33772  
Law Office of William Most  
201 St. Charles Avenue, Suite 114, #101  
New Orleans, LA 70170  
Telephone: (504) 509-5023  
Email: williammost@gmail.com  

*Attorneys for Plaintiffs*