Form B-02-018-A
01 July 2012

0800119 01407

Print Form

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**BASIC INFORMATION INTERVIEW FOR LOCAL JAIL FACILITIES**

#25145
D-103

Date Jail Rec'd Clerk of Court/P&P Paperwork: 4-26-19
DNA Test Date: ___
SID#: 00160 2042
AFIS Print Verified: ☒Yes ☐No
Date Sent to DOC: 4-26-19 ✓

**OFFENDER'S CONVICTION NAME:**
(LAST NAME, FIRST NAME, MIDDLE INITIAL, SUFFIX): Humphrey, Brian Scott
TRUE NAME or KNOWN ALIASES:
RACE: W  SEX: M  DOB (MMDDYYYY): [redacted]  BIRTH CITY, STATE: Shreveport LA  CITIZEN? ☒Yes ☐No
MARITAL STATUS: Single  RELIGION: Christian
FBI#:   SS#: [redacted]  DRIVERS LIC#: 00524 1008  STATE: LA
HEIGHT: 6'4"  WEIGHT: 350
COMPLEXION: fair  EYE COLOR: Blue  HAIR COLOR: Brown
SHOE SIZE: 12  OCCUPATION: machinist  EMPLOYMENT HISTORY: Employed 12 consecutive months? ☒Yes ☐No
GOVERNMENT ASSISTANCE: ☐Yes ☒No
NUMBER OF CHILDREN: 2
MILITARY SERVICE: Marines  RANK: E-3  TYPE DISCHARGE: General
SCARS, MARKS, (TATTOOS): Left Arm - Barbwire / Left Arm - Bull Dog
EDUCATION CLAIMED: 12th / Some College  AGE AT FIRST ARREST: 21

**EMERGENCY CONTACT**
NAME: mother   RELATIONSHIP:
ADDRESS:   CITY:
STATE:   ZIP:   PHONE#:

(If deceased, provide name(s) only and indicate "deceased")
MOTHER: Barbara Humphrey
ADDRESS: [redacted]
CITY, STATE, ZIP: Temple GA
PHONE#:

FATHER: Clifford Humphrey
ADDRESS: [redacted]
CITY, STATE, ZIP: Temple GA
PHONE#:

10-22-18

**SENTENCE INFORMATION**

| PARISH & DKT# | DATE of PLEA | SENTENCE DATE | CRIME | OFFENSE DATE | TERM | JUDGE & SECTION |
|---|---|---|---|---|---|---|
| Bossier 229,501 | 4-16-19 | 4-16-19 | Domestic Abuse Batt w/strangulation | 10-22-18 | 3 yrs to DOC all but time served suspended | JEB 26th JDC |