# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of himself and all similarly situated individuals, | CIVIL ACTION NO. 20-cv-233 |
| Plaintiff, | JUDGE JWD |
| v. | MAGISTRATE SDJ |
| JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections, | CLASS ACTION |
| Defendant. | **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Considering the Motion to Substitute Rec. Doc. 01-8,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and Rec. Doc. 01-8 will be substituted.

Signed in Baton Rouge, Louisiana, on _____ day of_____20____

_____
MAGISTRATE JUDGE SCOTT D. JOHNSON
UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF LOUISIANA