

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**
**Clerk of Court**

Telephone: 225-389-3500
Facsimile: 225-389-3501

April 16, 2020

Mercedes Hardy Montagnes
Promise of Justice
Promise of Justice
1024 Elysian Fields
7011
New Orleans, LA 70117

**RE:    3:20-cv-00233-JWD-SDJ**
         Humphrey, et al  v. LeBlanc

### NOTICE

A review of the record indicates Sarah Chervinsky, is listed as co-counsel for the plaintiff, Brian Humphrey. Our records indicate she is currently not admitted to practice before the Middle District of Louisiana. As a result, she will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If she is a member of the Louisiana State Bar, please have her complete the attorney admission packet located on our website at https://www.lamd.uscourts.gov/BarAdmission.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell
Clerk of Court

By: _*Elisa Clement*_____
      Deputy Clerk