UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-00233<br><br>JUDGE: JWD<br><br>MAGISTRATE: SDJ |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Mercedes Montagnes, a member of the bar of this Court, hereby moves for the admission of Sarah Grady to appear *pro hac vice* in the above captioned matter, as co-counsel in the matter *Humphrey v. LeBlanc* Case No. 20-cv-233. In consideration of this motion, the following facts support her application:

Ms. Grady is a licensed attorney admitted to practice in the State of Illinois. She is a member in good standing of the Bar of the State of Illinois. Ms. Grady is an attorney at the nationally prestigious civil rights law firm, Loevy & Loevy, based in Chicago.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Grady is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), Certificates of Good Standing from the Supreme Court of Illinois is attached to Ms. Grady's declaration.

Ms. Grady's contact information is as follows: Sarah Grady, Loevy & Loevy, 311 N. Aberdeen, 3rd FL, Chicago, IIL 60607; Phone: 312-243-5900; Fax: 312-243-5902; Email: sarah@loevy.com.

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: May 8, 2020

          Respectfully submitted,

          /s/ Mercedes Montagnes
          Mercedes Montagnes, La. Bar No. 33287
          The Promise of Justice Initiative
          1024 Elysian Fields Avenue
          New Orleans, LA 70117
          Telephone: (504) 529-5955
          Facsimile: (504) 558-0378
          Email: mmontagnes@defendla.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I, or another one of Plaintiffs' attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Department of Corrections

/s/ Nishi Kumar
Nishi Kumar