UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-00233<br><br>JUDGE: JWD<br><br>MAGISTRATE: SDJ |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Mercedes Montagnes, a member of the bar of this Court, hereby moves for the admission of Michael Kanovitz to appear *pro hac vice* in the above captioned matter, as co-counsel in the matter *Humphrey v. LeBlanc* Case No. 20-cv-233. In consideration of this motion, the following facts support his application:

Mr. Kanovitz is a licensed attorney admitted to practice in the State of Illinois. He is a member in good standing of the Bar of the State of Illinois. Mr. Kanovitz is an attorney at the nationally prestigious civil rights law firm, Loevy & Loevy, based in Chicago.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Kanovitz is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

Also pursuant to Local Civil Rule 83(b)(8), Certificates of Good Standing from the Supreme Court of Illinois is attached to Mr. Kanovitz's declaration.

Mr. Kanovitz's contact information is as follows: Michael Kanovitz, Loevy & Loevy, 311 N. Aberdeen, 3rd FL, Chicago, IIL 60607; Phone: 312-243-5900; Fax: 312-243-5902; Email: mike@loevy.com.

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: May 8, 2020

                                        Respectfully submitted,

                                        /s/ Mercedes Montagnes
                                        Mercedes Montagnes, La. Bar No. 33287
                                        The Promise of Justice Initiative
                                        1024 Elysian Fields Avenue
                                        New Orleans, LA 70117
                                        Telephone:  (504) 529-5955
                                        Facsimile:  (504) 558-0378
                                        Email:  mmontagnes@defendla.org

## CERTIFICATE OF SERVICE

I, Nishi Kumar, hereby certify that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I, or another one of Plaintiffs' attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Department of Corrections

/s/ Nishi Kumar
Nishi Kumar