AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

BRIAN HUMPHREY, on behalf of himself and all similarly situated individuals

*Plaintiff(s)*

v.

JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections

*Defendant(s)*

Civil Action No. 20-CV-233-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James LeBlanc
504 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mercedes Montagnes, La. Bar No. 33287
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529 5955

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: April 16, 2020



*Elisa Clement*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) JAMES LEBLANC

was received by me on (date) 4/28/20.

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Jonathan Vining, who is designated by law to accept service of process on behalf of (name of organization) La. Dept of Public Safety & Corrections on (date) 4/28/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/28/20

_____
Server's signature

N. CREFASI — PROCESS SERVER
Printed name and title

14 Shirling Av. Jeff., LA 70121
Server's address

Additional information regarding attempted service, etc:

Jonathan R. Vining
General Counsel
4/28/20