PRINTED ON 5/9/2019     AT  11:27:36AM

## MINUTES REPORT
## 26TH JUDICIAL DISTRICT

### C-229501
DEF. NAME: HUMPHREY, BRIAN SCOTT
JUDGE:        MICHAEL NERREN
CHARGES:
    10/22/2018 DOMESTIC ABUSE BATTERY- 1ST OFFENSE - STRANGULATION

| Date | Entry |
|---|---|
| 07/25/2018 | Be it remembered, that on this the 25th day of July A.D., 2018, in court room 3A, court opened pursuant to adjournment with the honorable Michael Nerren, Judge for Section (4), being present when the following orders were made and proceedings had, to-wit. Pursuant to the Local Rule, Chapter 4, Appendix 3.1 and effective January 1st 2019, the 26th JDC in Bossier Parish shall consist of three Criminal/Juvenile law sections. The court ordered a random drawing as to the Sections. The Honorable Jill M Sessions was present in open court and the Sections were drawn as follows:<br>Division "E" and Division "B" cases were randomly assigned under Section "4"<br>Division "A" and Division "C" cases were randomly assigned under Section "5"<br>Division "F" and Division "D" cases were randomly assigned under Section "6 |
| 10/23/2018 | Defendant Brian Hunmphrey present per video, after having his rights explained concerning counsel is referred to the Public Defender Office.  Case assigned to Division E. (Nerren) |
| 10/26/2018 | Defendant Brian Humphrey incarcerated and present with Holland Miciotto, enrolled as to the Contradictory Hearing pursuant to Gwen's Law.  Charles Smith on behalf of the State. Victim is present and does not want to testify but does not want defendant released as she is fearful if he is released.  Mr. Miciotto argues on behalf of Mr. Humphrey. Defendant informs the Court that he owns 4 firearms. Based on the reports and for reasons stated into the record, the court finds defendant to be a risk and no bond is set. Defendant to be held without bond until further proceedings of this case or if other motions for bond reduction filed. (Nerren) |
| 11/27/2018 | Brian Humphrey is present via video with Michael Vergis, enrolled.  The Public Defender is relieved.  Defendant waived formal arraignment and entered a plea of not guilty. Defendant is advised of rights as to method of trial. Status conference is set February 12, 2019.  Doug Stinson is present on behalf of the State.  (Nerren) |
| 02/12/2019 | Defendant Brian Humphrey incarcerated and present with Michael Vergis, withdrew his former plea of not guilty and entered a plea of guilty to Domestic Abuse Battery - First Offense - Strangulation. The Court explained the rights to a jury trial, to confront accusers, to compulsory process, to court appointed or private counsel, to appeal, and the privilege against self-incrimination.  Defendant indicated he understood and waived these rights.  The District Attorney summarized the facts and the Court questioned defendant and his attorney and determined that the plea was free and voluntary and with full understanding of rights. Defendant signs the surrender firearms form and states under oath that he does not possess or own any firearms. The Court then accepted the plea of guilty. Defendant is remanded to the custody of the Bossier Parish Sheriff pending a pre-sentence investigation ordered on April 16, 2019.  A cap of 18 months agreed upon.  Cecil P. Campbell on behalf of the State.  (Self) |
| 04/16/2019 | Brian Humphrey (incarcerated) is present with Michael |

Vergis whereupon the Court explained for the record the considerations taken into account and the factual basis therefore in imposing the following sentence to-wit: serve at 3 years hard labor in the Louisiana Department of Corrections suspend all but time served, 2 years at active supervised probation with the following conditions: all the standard conditions to apply, $75 monthly supervision fee or community service in lieu thereof, enroll and complete an anger management program, complete a domestic abuse program, submit to drug and alcohol screens if positive substance evaluation, no contact with victim Shelley Pate, pay a fine of $1000 and cost over probation.  The Court has no objection to probation transferring to the State of Georgia.  Defendant is advised of 30 days to appeal and 2 years to apply for post conviction relief.  Charles Smith is present on behalf of the State.  (Self)

# Bossier Parish Clerk of Court
## Criminal POS

### Transaction Details

Date: 5/9/2019

Account/Card #: 473622******8215

Transaction #: 4685273803

Auth Code: 052212

### Payment Details

**Paid to Bossier Clerk of Court**

Miscellaneous: $6.00

Late Fee: $0.00

Total Paid: $6.00

**Paid to Court/DA Pmt Service Fee**

Service Fee: $1.00

### Account Details

Last Name: HUMPHREY

First Name: BRIAN

Unique Order ID:

Note: There will be two separate charges on your statement. One for the base amount to Bossier Clerk of Court and one to PayStar for the service fee.

---

**Thank you for your payment!**

Please retain for your records.