| DOC # | LAST NAME | FIRST NAME | ADMIT DATE | TMCOMP READY | TMCOMP LAST DTE | RAW GTPS DTE | DAYS OVER | RAW TO REL | JAIL CREDIT | CTRP EARNED | RELEASE DATE | PREC RECEIV | SENTENCE DATE | # Days owed at Sentence Date | Days from Sentence to DOC Rec. | Days from DOC Rec'd to actual Rel. | LOC: | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20190130 | 190206 | 190206 | 20190212 | 13 | 0 | 000112 | | 2/12/2019 | 2/05/2019 | 1/28/2019 | 15 | 8 | 7 | OAS | released on actual release date |
| | | | 20190130 | 190213 | 190213 | 20170811 | 15 | 552 | 000919 | | 2/14/2019 | 2/07/2019 | 1/30/2019 | -536 | 8 | 7 | RLCC | must serve of 383 days; had 919 days jail credit |
| | | | 20190109 | 190211 | 190214 | 20190114 | 37 | 32 | 000058 | | 2/15/2019 | 1/29/2019 | 1/09/2019 | 5 | 20 | 17 | OAN | must serve of 63 days; had 58 days jail credit |
| | | | 20190114 | 190212 | 190212 | 20181128 | 30 | 77 | 000175 | | 2/13/2019 | 2/07/2019 | 1/14/2019 | -47 | 24 | 6 | OAS | must serve of 127 days; had 175 days jail credit |
| | | | 20181205 | 190213 | 190213 | 20190215 | 76 | 4 | 000006 | | 2/19/2019 | 2/12/2019 | 12/05/2018 | 72 | 69 | 7 | OAS | |
| | | | 20190129 | 190222 | 190226 | 20190124 | 29 | 34 | 000133 | | 2/27/2019 | 2/19/2019 | 1/29/2019 | -5 | 21 | 8 | OAS | must serve of 127 days; had 133 days jail credit |
| | | | 20190103 | 190207 | 190207 | 20180908 | 36 | 153 | 000309 | | 2/08/2019 | 1/25/2019 | 1/03/2019 | 18 | 22 | 14 | OAN | Raw GT date on PV 1/21/19 not 9/8/18 |
| | | | 20181004 | 190219 | 190220 | 20180622 | 140 | 244 | 000622 | | 2/21/2019 | 2/02/2019 | 10/04/2018 | -103 | 121 | 19 | OAN | Rec'd Prob street credit (707 days); jail credit of 622 days |
| | | | 20190131 | 190218 | 190218 | 20180918 | 19 | 154 | 000242 | | 2/19/2019 | 2/15/2019 | 1/31/2019 | -134 | 15 | 4 | OAS | Rec'd Prob street credit (786 days); jail credit of 242 days |
| | | | 20181129 | 190221 | 190221 | 20190418 | 89 | -51 | 000241 | 120 | 2/26/2019 | 1/28/2019 | 11/29/2018 | 142 | 60 | 29 | OAN | Rel'd due to CTRP credits; prior to actual release date |
| | | | 20190220 | 190221 | 190221 | 20181023 | 2 | 122 | 000006 | | 2/22/2019 | 2/20/2019 | 2/20/2019 | 81 | | 2 | OAS | Rel in Error on 9/25/18; rec'd P/C on 11/20/18; remanded 2/20/19; given Jackson CR (time out of custody) |
| | | | 20181115 | 190129 | 190129 | 20180925 | 78 | 129 | 000016 | | 2/01/2019 | 1/18/2019 | 11/15/2018 | 77 | 64 | 13 | OAS | Rec'd Prob street credit (828 days); Rel'd on actual release date; 2 dkts - must serve 2/1/19 |
| | | | 20181220 | 190207 | 190207 | 20190120 | 50 | 19 | 000064 | | 2/08/2019 | 1/28/2019 | 12/20/2018 | 31 | 39 | 11 | OAN | |
| | | | 20181218 | 190221 | 190221 | 20190126 | 66 | 27 | 000088 | | 2/22/2019 | 2/15/2019 | 12/18/2018 | 39 | 59 | 7 | OAS | |
| | | | 20190124 | 190211 | 190211 | 20190216 | 23 | 0 | 000101 | | 2/16/2019 | 2/05/2019 | 1/24/2019 | 23 | 12 | 11 | OAS | Rec'd Prob street credit (8 days); Rel'd on actual release date |
| | | | 20171018 | 190218 | 190218 | 20180615 | 489 | 249 | 000433 | | 2/19/2019 | 2/05/2019 | 1/16/2019 | -214 | 20 | 14 | OAN | Prob revoked 1/16/19; Rec'd Prob street credit (105 days) |
| | | | 20181121 | 190212 | 190212 | 20181220 | 84 | 55 | 000000 | | 2/13/2019 | 2/12/2019 | 11/21/2018 | 26 | 83 | 1 | RLCC | Raw must serve 12/16/18; Rec'd street credit (381 days) |
| | | | 20181220 | 190201 | 190201 | 20181205 | 47 | 62 | 000142 | | 2/05/2019 | 1/15/2019 | 12/20/2018 | -14 | 26 | 21 | OAN | |
| | | | 20190116 | 190212 | 190212 | 20171113 | 28 | 457 | 000684 | | 2/13/2019 | 2/05/2019 | 1/16/2019 | -429 | 20 | 8 | OAS | must serve of 255 days; had 684 days jail credit |
| | | | 20181003 | 190221 | 190222 | 20161128 | 145 | 819 | 001447 | | 2/25/2019 | 12/12/2018 | 10/03/2018 | -674 | 70 | 75 | OAN | Prob revoked on 10/3/2018; Rec'd prob street credit (1442 days); jail credit of 1447 days. (10 yr sentence) |
| | | | 20181114 | 190206 | 190206 | 20190401 | 85 | -53 | 000116 | 120 | 2/07/2019 | 1/07/2019 | 11/14/2018 | 139 | 54 | 31 | OAN | Rel'd due to CTRP credits (53 days prior to raw GTPS) |
| | | | 20190129 | 190222 | 190222 | 20190201 | 27 | 24 | 000124 | | 2/25/2019 | 2/19/2019 | 1/29/2019 | 3 | 21 | 6 | OAS | |
| | | | 20181218 | 190207 | 190207 | 20181228 | 52 | 42 | 000201 | | 2/08/2019 | 2/04/2019 | 12/18/2018 | 11 | 48 | 4 | OAS | |
| | | | 20190131 | 190214 | 190214 | 20190130 | 18 | 19 | 000129 | | 2/18/2019 | 2/12/2019 | 1/31/2019 | -1 | 12 | 6 | OAS | |
| | | | 20190124 | 190212 | 190212 | 20181205 | 20 | 70 | 000177 | | 2/13/2019 | 2/06/2019 | 1/24/2019 | -49 | 13 | 7 | OAS | |
| | | | 20180920 | 190205 | 190205 | 20180818 | 139 | 172 | 000367 | | 2/06/2019 | 2/05/2019 | 9/20/2018 | -32 | 138 | 1 | OAS | Par revoked; Rec'd street credit (366 days) |
| | | | 20190124 | 190219 | 190219 | 20190224 | 31 | 0 | 000096 | | 2/24/2019 | 2/15/2019 | 1/24/2019 | 31 | 22 | 9 | OAN | Rel'd on actual release date. |

**EXHIBIT 1-A**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20190122 | 190131 | 190201 | ~~20190129~~ | 14 | 7 | 000248 | | 2/05/2019 | 1/28/2019 | 1/22/2019 | 14 | 6 | 8 | OAS | Rel'd on actual release date;  two dockets with diff raw rel dates |
| 20190114 | 190212 | 190212 | 20190114 | 30 | 30 | 000256 | | 2/13/2019 | 2/07/2019 | 1/14/2019 | 0 | 24 | 6 | OAS | |
| 20190125 | 190219 | 190219 | 20181007 | 26 | 136 | 000237 | | 2/20/2019 | 2/5/2019 | 1/25/2019 | -109 | 11 | 15 | | |
| 20190116 | 190218 | 190218 | 20181114 | 34 | 97 | 000446 | | 2/19/2019 | 2/05/2019 | 1/16/2019 | -63 | 20 | 14 | OAN | |
| 20190117 | 190214 | 190214 | 20190127 | 29 | 19 | 000117 | | 2/15/2019 | 2/07/2019 | 1/17/2019 | 10 | 21 | 8 | OAS | |
| 20190131 | 190214 | 190214 | 20181213 | 15 | 64 | 000131 | | 2/15/2019 | 2/11/2019 | 1/31/2019 | -48 | 11 | 4 | OAS | |
| 20190128 | 190212 | 190212 | 20180430 | 16 | 289 | 000524 | | 2/13/2019 | 2/08/2019 | 1/25/2019 | -269 | 14 | 5 | OAS | Prob street cr not applied |
| 20181218 | 190129 | 190129 | 20190201 | 45 | 0 | 000278 | | 2/01/2019 | 1/18/2019 | 12/18/2018 | 44 | 31 | 14 | OAS | Rel'd on actual release date. |
| 20181212 | 190221 | 190222 | 20181211 | 75 | 76 | 000128 | | 2/25/2019 | 2/11/2019 | 12/12/2018 | 0 | 61 | 14 | OAN | |
| 20190201 | 190214 | 190214 | 20181025 | 14 | 113 | 000225 | | 2/15/2019 | 2/07/2019 | 2/01/2019 | -97 | 6 | 8 | OAS | |
| 20181128 | 190201 | 190201 | 20181129 | 69 | 68 | 000254 | | 2/05/2019 | 1/15/2019 | 11/28/2018 | 1 | 48 | 21 | OAN | |
| 20190109 | 190204 | 190204 | 20190201 | 27 | 4 | 000104 | | 2/05/2019 | 1/28/2019 | 1/09/2019 | 23 | 19 | 8 | OAS | |
| 20190123 | 190220 | 190220 | 20190119 | 29 | 33 | 000260 | | 2/21/2019 | 2/12/2019 | 1/23/2019 | -4 | 20 | 9 | OAN | |
| 20190204 | 190222 | 190222 | 20190107 | 21 | 49 | 000070 | | 2/25/2019 | 2/19/2019 | 2/04/2019 | -27 | 15 | 6 | | Prob street credit (609 days) |
| 20190123 | 190213 | 190213 | 20181112 | 22 | 94 | 000328 | | 2/14/2019 | 2/11/2019 | 1/23/2019 | -72 | 19 | 3 | OAS | |
| 20190122 | 190218 | 190218 | 20181012 | 28 | 130 | 000173 | | 2/19/2019 | 2/05/2019 | 1/22/2019 | -101 | 14 | 14 | OAN | Prob street credit (889 days) |
| 20181019 | 190219 | 190219 | 20181112 | 124 | 100 | 000096 | | 2/20/2019 | 2/13/2019 | 10/19/2018 | 24 | 117 | 7 | OAN | Prob street credit (247 days) |
| 20190110 | 190213 | 190213 | 20190216 | 37 | 0 | 000090 | | 2/16/2019 | 2/08/2019 | 1/10/2019 | 37 | 29 | 8 | OAS | Rel'd on actual release date |
| 20181126 | 190213 | 190213 | 20181106 | 80 | 100 | 000148 | | 2/14/2019 | 2/12/2019 | 11/26/2018 | -20 | 78 | 2 | OAS | |
| 20190128 | 190218 | 190218 | 20181122 | 22 | 89 | 000259 | | 2/19/2019 | 2/05/2019 | 1/28/2019 | -67 | 8 | 14 | OAN | |
| 20190110 | 190213 | 190213 | 20190129 | 35 | 16 | 000035 | | 2/14/2019 | 2/12/2019 | 1/10/2019 | 19 | 33 | 2 | OAS | |
| 20181217 | 190201 | 190206 | 20180901 | 52 | 159 | 000364 | 120 | 2/07/2019 | 1/22/2019 | 12/17/2018 | -108 | 36 | 16 | OAN | |
| 20190205 | 190214 | 190214 | 20190208 | 10 | 7 | 000558 | | 2/15/2019 | 2/13/2019 | 2/05/2019 | 4 | 8 | 2 | OAS | |
| 20180918 | 190204 | 190204 | 20190308 | 140 | -31 | 000109 | 120 | 2/05/2019 | 9/21/2018 | 9/18/2018 | 173 | 3 | 137 | OAS | Rel'd due to CTRP credits; prior to actual release date |
| 20190122 | 190204 | 190204 | 20190205 | 14 | 0 | 000241 | | 2/05/2019 | 1/25/2019 | 1/22/2019 | 14 | 3 | 11 | oas | Rel'd on actual release date |
| 20190129 | 190218 | 190218 | 20190208 | 21 | 11 | 000117 | | 2/19/2019 | 2/11/2019 | 1/29/2019 | 10 | 13 | 8 | oan | |
| 20181220 | 190207 | 190207 | 20180927 | 50 | 134 | 000211 | | 2/08/2019 | 2/04/2019 | 12/20/2018 | -83 | 46 | 4 | oas | |
| 20190128 | 190213 | 190213 | 20181213 | 17 | 63 | 000112 | | 2/14/2019 | 2/07/2019 | 1/28/2019 | -45 | 10 | 7 | oas | |
| 20190212 | 190214 | 190214 | 20190102 | 3 | 44 | 000504 | | 2/15/2019 | 2/14/2019 | 2/12/2019 | -40 | 2 | 1 | oas | |
| 20190110 | 190218 | 190218 | 20190206 | 40 | 13 | 000100 | | 2/19/2019 | 2/05/2019 | 1/10/2019 | 27 | 26 | 14 | oan | |
| 20190220 | 190225 | 190225 | 20180116 | 6 | 406 | 001037 | | 2/26/2019 | 2/22/2019 | 2/20/2019 | -399 | 2 | 4 | oas | |
| 20190124 | 190218 | 190218 | 20181101 | 26 | 110 | 000189 | | 2/19/2019 | 2/11/2019 | 1/30/2019 | -91 | 12 | 8 | | Deferred sentence 1/24/19 thru 1/30/19 (not in custody) |
| 20190116 | 190213 | 190213 | 20190215 | 30 | 0 | 000075 | | 2/15/2019 | 2/06/2019 | 1/16/2019 | 30 | 21 | 9 | oas | Rec'd Prob street credit (427 days); Rel'd on Actual rel date |
| 20190124 | 190218 | 190218 | 20190224 | 31 | 0 | 000096 | | 2/24/2019 | 2/11/2019 | 1/24/2019 | 31 | 18 | 13 | oas | Rel'd on Actual rel date |
| 20171108 | 190204 | 190204 | 20180503 | 454 | 278 | 000026 | | 2/05/2019 | 2/01/2019 | 11/08/2017 | 178 | 450 | 4 | oan | Parole Violator; rec'd street credit (143 days) |
| 20181102 | 190128 | 190128 | 20190202 | 92 | 0 | 000007 | | 2/02/2019 | 1/23/2019 | 11/02/2018 | 92 | 82 | 10 | oas | Parole Violator; rec'd street credit (58 days); Rel'd on actual release date |
| 20181115 | 190212 | 190212 | 20190217 | 94 | 0 | 000024 | | 2/17/2019 | 1/23/2019 | 11/15/2018 | 94 | 69 | 25 | oas | Parole Violator; rec'd street credit (381 days); Rel'd on actual release date |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20181218 | 190205 | 190207 | 20181029 | 52 | 102 | 000113 | | 2/08/2019 | 1/22/2019 | 12/18/2018 | -49 | 35 | **17** | oan | |
| 20190205 | 190207 | 190207 | 20190204 | 3 | 4 | 000127 | | 2/08/2019 | 2/07/2019 | 2/05/2019 | 0 | 2 | **1** | oas | |
| 20190128 | 190212 | 190212 | 20190106 | 16 | 38 | 000062 | | 2/13/2019 | 2/07/2019 | 1/28/2019 | -22 | 10 | **6** | oas | Prob Violator; rec'd street credit (616 days) |
| 20181206 | 190201 | 190201 | 20181020 | 60 | 107 | 000088 | | 2/04/2019 | 1/15/2019 | 12/06/2018 | -46 | 40 | **20** | oan | Prob Violator; rec'd street credit (246 days) |
| 20181212 | 190131 | 190204 | 20190207 | 57 | 0 | 000070 | | 2/07/2019 | 1/28/2019 | 12/12/2018 | 57 | 47 | **10** | oan | Rel'd on actual release date |
| 20190129 | 190218 | 190218 | 20180907 | 21 | 165 | 000230 | | 2/19/2019 | 2/11/2019 | 1/29/2019 | -144 | 13 | **8** | oan | Prob Violator; rec'd street credit (485 days) |
| 20190206 | 190222 | 190222 | 20190129 | 19 | 27 | 000028 | | 2/25/2019 | 2/20/2019 | 2/06/2019 | -7 | 14 | **5** | OAS | Prob Violator; rec'd street credit (1037 days) |
| 20190125 | 190220 | 190220 | 20181218 | 27 | 65 | 000380 | | 2/21/2019 | 2/19/2019 | 1/25/2019 | -37 | 25 | **2** | OAS | Parole Violator; Rec'd street credit (115 days) |
| 20190211 | 190226 | 190226 | 20190224 | 16 | 3 | 000001 | | 2/27/2019 | 2/22/2019 | 2/11/2019 | 14 | 11 | **5** | OAS | |
| 20190110 | 190205 | 190207 | 20190102 | 29 | 37 | 000136 | | 2/08/2019 | 1/29/2019 | 1/10/2019 | -8 | 19 | **10** | OAN | |
| 20190117 | 190205 | 190206 | 20190211 | 25 | 0 | 000157 | | 2/11/2019 | 1/29/2019 | 1/17/2019 | 25 | 12 | **13** | OAS | Prob Violator; rec'd street credit (940 days); Rel'd on actual release date |
| 20190124 | 190214 | 190218 | 20180726 | 26 | 208 | 000126 | | 2/19/2019 | 2/11/2019 | 1/24/2019 | -180 | 18 | **8** | OAS | |
| 20190131 | 190221 | 190221 | 20190226 | 28 | 2 | 000247 | | 2/28/2019 | 2/14/2019 | 1/31/2019 | 26 | 14 | **14** | OAS | |
| 20190128 | 190212 | 190212 | ~~20170714~~ | 16 | 579 | 000291 | | 2/13/2019 | 2/08/2019 | 1/28/2019 | -516 | 11 | **5** | OAS | two dkts; Prob Violator; 6/13/2011 given 3 yrs probation, revoked on 1/28/2019 and rec'd 2601 days street credit on a 1826 day sentence. |
| 20181213 | 190218 | 190218 | 20181227 | 68 | 54 | 000335 | | 2/19/2019 | 1/31/2019 | 12/13/2018 | 15 | 49 | **19** | OAS | Parole Violator; Rec'd street credit (94 days); PV ltr issued 1/15/19 |
| 20180928 | 190211 | 190211 | 20190217 | 142 | 0 | 000029 | | 2/17/2019 | 1/24/2019 | 9/28/2018 | 142 | 118 | **24** | OAS | Parole Violator; Rec'd street credit (1235 days); PV let issued 12/14/18; Rel'd on actual release date |
| 20190114 | 190212 | 190212 | ~~20170601~~ | 30 | 622 | 000846 | | 2/13/2019 | 2/05/2019 | 1/14/2019 | -33 | 22 | **8** | OAS | 12/11/18 (64 days raw to release) |
| 20181211 | 190201 | 190201 | 20190104 | 56 | 32 | 000071 | | 2/05/2019 | 1/15/2019 | 12/11/2018 | 24 | 35 | **21** | OAN | |
| 20181115 | 190130 | 190131 | 20170101 | 78 | 761 | 000050 | | 2/01/2019 | 1/18/2019 | 11/15/2018 | -683 | 64 | **14** | OAS | Prob Violator; Rec'd street credit (2541 days) |
| 20181219 | 190215 | 190220 | ~~20180106~~ | 64 | 411 | 000602 | | 2/21/2019 | 2/05/2019 | 12/19/2018 | 36 | 48 | **16** | OAN | 1/24/2019 (28 days raw to release) |
| 20181031 | 190219 | 190219 | 20181110 | 112 | 102 | 000111 | | 2/20/2019 | 2/18/2019 | 10/31/2018 | 10 | 110 | **2** | OAN | Parole Violator; Rec'd street credit (529 days) |
| 20190211 | 190225 | 190226 | 20180919 | 16 | 161 | 000399 | | 2/27/2019 | 2/25/2019 | 2/11/2019 | -143 | 14 | **2** | OAN | |
| 20181029 | 190218 | 190218 | 20190320 | 113 | -29 | 000115 | 120 | 2/19/2019 | 12/10/2018 | 11/14/2018 | 128 | 26 | **71** | OAN | CS sentence; Rel'd due to CTRP credits |
| 20190129 | 190215 | 190215 | 20190105 | 20 | 44 | 000117 | | 2/18/2019 | 2/11/2019 | 1/29/2019 | -24 | 13 | **7** | OAS | Prob Violator; Rec'd street credit (464 days) |
| 20181031 | 190225 | 190225 | 20190205 | 118 | 21 | 000017 | | 2/26/2019 | 2/20/2019 | 10/31/2018 | 97 | 112 | **6** | OAN | Parole Violator; Rec'd street credit (267 days) |
| 20190124 | 190208 | 190208 | 20180911 | 18 | 153 | 000262 | | 2/11/2019 | 2/05/2019 | 1/24/2019 | -134 | 12 | **6** | OAS | |
| 20190128 | 190221 | 190222 | ~~20190125~~ | 28 | 31 | 000259 | | 2/25/2019 | 2/20/2019 | 1/28/2019 | -1 | 23 | **5** | OAN | two dockets |
| 20190128 | 190213 | 190213 | 20190101 | 17 | 44 | 000156 | | 2/14/2019 | 2/11/2019 | 1/28/2019 | -28 | 14 | **3** | OAS | |
| 20190124 | 190208 | 190208 | ~~20180725~~ | 18 | 201 | 000350 | | 2/11/2019 | 2/4/2019 | 1/24/2019 | -162 | 11 | **7** | OAS | probation street credit.  (178 raw to rel) |
| 20190122 | 190207 | 190207 | 20181205 | 17 | 65 | 000303 | | 2/08/2019 | 1/28/2019 | 1/22/2019 | -47 | 6 | **11** | OAN | |
| 20190128 | 190208 | 190211 | 20180728 | 15 | 199 | 000437 | | 2/12/2019 | 2/06/2019 | 1/28/2019 | -182 | 9 | **6** | OAS | |
| 20190115 | 190207 | 190211 | 20181016 | 28 | 119 | 000228 | | 2/12/2019 | 1/28/2019 | 1/15/2019 | -90 | 13 | **15** | OAN | Prob Violator; Rec'd street credit (1432 days) |
| 20190204 | 190218 | 190218 | 20180529 | 15 | 266 | 000439 | | 2/19/2019 | 2/14/2019 | 2/04/2019 | -248 | 10 | **5** | OAS | 6/29/18 sentenced to 18 mth probation; never bonded out of jail; 2/4/19 sentence was amended to 18 mth hard labor. |
| 20190128 | 190220 | 190220 | 20190202 | 25 | 20 | 000122 | | 2/22/2019 | 2/19/2019 | 1/28/2019 | 5 | 22 | **3** | OAS | |
| 20181226 | 190206 | 190206 | 20180707 | 43 | 215 | 000425 | | 2/07/2019 | 1/22/2019 | 12/26/2018 | -170 | 27 | **16** | OAN | |
| 20181023 | 190218 | 190218 | 20181228 | 119 | 53 | 000069 | | 2/19/2019 | 2/04/2019 | 10/23/2018 | 67 | 104 | **15** | OAS | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20181206 | 190131 | 190204 | 20180311 | 60 | 330 | 000114 | 120 | 2/04/2019 | 1/15/2019 | 12/6/2018 | -268 | 40 | 20 | OAN | Prob Violator; Rec'd street credit (1537 days) |
| 20190131 | 190207 | 190208 | 20171216 | 8 | 419 | 000153 | | 2/08/2019 | 2/06/2019 | 1/31/2019 | -410 | 6 | 2 | OAS | Prob Violator; Rec'd street credit (1830 days) |
| 20181204 | 190208 | 190212 | 20181208 | 70 | 66 | 000099 | | 2/12/2019 | 2/04/2019 | 12/04/2018 | 5 | 62 | 8 | OAS | Parole Violator; Rec'd street credit (63 days) |
| 20190212 | 190220 | 190221 | 20180207 | 9 | 379 | 000573 | | 2/21/2019 | 2/19/2019 | 2/12/2019 | -370 | 7 | 2 | OAS | Prob Violator; Rec'd street credit (150 days) |
| 20190104 | 190201 | 190205 | 20190115 | 32 | 21 | 000180 | | 2/05/2019 | 1/28/2019 | 1/04/2019 | 11 | 24 | 8 | OAS | |
| 20190117 | 190207 | 190213 | 20181227 | 27 | 48 | 000403 | | 2/13/2019 | 2/01/2019 | 1/17/2019 | -20 | 15 | 12 | OAS | |
| 20181211 | 190201 | 190204 | 20181228 | 55 | 38 | 000006 | | 2/04/2019 | 1/28/2019 | 12/11/2018 | 18 | 48 | 7 | OAN | Parole Violator; Rec'd street credit (266 days) |
| 20181218 | 190205 | 190206 | 20180521 | 50 | 261 | 000720 | | 2/06/2019 | 2/04/2019 | 12/18/2018 | -209 | 48 | 2 | OAS | Prob Violator; Stayed in custody after release and received the same jail credit on other dockets. |
| 20190114 | 190213 | 190214 | 20180917 | 31 | 150 | 000413 | | 2/14/2019 | 2/07/2019 | 1/14/2019 | -118 | 24 | 7 | OAS | Prob Violator; Rec'd street credit (252 days) |
| 20190110 | 190206 | 190207 | 20180905 | 28 | 155 | 000254 | | 2/07/2019 | 2/01/2019 | 1/10/2019 | -126 | 22 | 6 | OAS | No street credit due to kind of prob sentence |
| 20190108 | 190211 | 190212 | 20171004 | 35 | 496 | 000088 | | 2/12/2019 | 1/30/2019 | 1/08/2019 | -460 | 22 | 13 | OAS | Prob Violator; Rec'd street credit (1428 days) |
| 20190114 | 190201 | 190204 | 20180925 | 21 | 132 | 000238 | | 2/04/2019 | 1/30/2019 | 1/14/2019 | -110 | 16 | 5 | OAS | |
| 20190211 | 190222 | 190225 | 20171126 | 14 | 456 | 000838 | | 2/25/2019 | 2/21/2019 | 2/11/2019 | -441 | 10 | 4 | OAS | Prob Violator; Rec'd street credit (689 days) |
| 20181031 | 190201 | 190204 | 20181007 | 96 | 120 | 000210 | | 2/04/2019 | 1/15/2019 | 10/31/2018 | -23 | 76 | 20 | OAN | Parole Violator; Rec'd street credit (42 days) |
| 20190129 | 190212 | 190213 | 20181129 | 15 | 76 | 000175 | | 2/13/2019 | 2/07/2019 | 1/29/2019 | -61 | 9 | 6 | OAS | Probation Violator; Rec'd street credit (770 days) |
| 20190211 | 190222 | 190225 | 20181222 | 14 | 65 | 000118 | | 2/25/2019 | 2/19/2019 | 2/11/2019 | -49 | 8 | 6 | OAS | Prob Violator; Rec'd street credit (534 days) |
| 20190111 | 190222 | 190225 | 20190125 | 45 | 31 | 000105 | | 2/25/2019 | 2/20/2019 | 1/11/2019 | 14 | 40 | 5 | OAS | Parole Violator; Rec'd street credit (937 days) |
| 20190122 | 190206 | 190207 | 20181201 | 16 | 68 | 000210 | | 2/07/2019 | 1/31/2019 | 1/22/2019 | -51 | 9 | 7 | OAS | Corrected jail cred to control sent |
| 20190207 | 190226 | 190227 | 20180423 | 20 | 310 | 000346 | | 2/27/2019 | 2/25/2019 | 2/07/2019 | -288 | 18 | 2 | OAS | Rec'd 1294 days  prob street credits |
| 20190111 | 190207 | 190208 | 20181226 | 28 | 44 | 000129 | | 2/08/2019 | 1/30/2019 | 1/11/2019 | -15 | 19 | 9 | OAS | Rec'd 589 days prob street credit |
| 20181108 | 190208 | 190211 | 20181212 | 95 | 61 | 000154 | | 2/11/2019 | 2/06/2019 | 11/08/2018 | 35 | 90 | 5 | OAS | Rec'd 188 days prob street credit |
| 20181204 | 190222 | 190225 | 20190111 | 83 | 45 | 000179 | | 2/25/2019 | 2/19/2019 | 12/04/2018 | 38 | 77 | 6 | OAS | Rec'd 109 days prob street credit |
| 20181221 | 190213 | 190219 | 20190110 | 60 | 40 | 000388 | | 2/19/2019 | 2/12/2019 | 12/21/2018 | 20 | 53 | 7 | OAS | Rec'd 71 days street credit |
| 20190107 | 190212 | 190213 | 20181219 | 37 | 56 | 000311 | | 2/13/2019 | 1/29/2019 | 1/07/2019 | -18 | 22 | 15 | OAS | Rec'd 991 days prob street credit |
| 20190117 | 190214 | 190215 | 20190208 | 29 | 7 | 000160 | | 2/15/2019 | 2/07/2019 | 1/17/2019 | 22 | 21 | 8 | OAS | |
| 20181029 | 190207 | 190208 | 20181218 | 102 | 52 | 000076 | | 2/08/2019 | 11/11/2018 | 10/29/2018 | 51 | 13 | 89 | OAS | |
| 20190117 | 190214 | 190215 | 20181223 | 29 | 54 | 000141 | | 2/15/2019 | 2/07/2019 | 1/17/2019 | -24 | 21 | 8 | OAS | |
| 20180321 | 190201 | 190204 | 20180901 | 320 | 156 | 000092 | | 2/04/2019 | 4/10/2018 | 3/21/2018 | 163 | 20 | 300 | OAN | New Felony Parole Violation - Letter dated 1/23/19. |
| 20190128 | 190215 | 190221 | 20190218 | 24 | 3 | 000205 | | 2/21/2019 | 2/12/2019 | 1/28/2019 | 21 | 15 | 9 | OAS | Rec'd 448 days prob street credits |
| 20190122 | 190129 | 190204 | 20190122 | 13 | 13 | 000169 | | 2/04/2019 | 1/28/2019 | 1/22/2019 | 0 | 6 | 7 | OAN | |
| 20181218 | 190206 | 190211 | 20190201 | 55 | 10 | 000466 | | 2/11/2019 | 1/22/2019 | 12/18/2018 | 44 | 35 | 20 | OAN | |
| 20190103 | 190204 | 190206 | 20180518 | 34 | 264 | 000216 | | 2/6/2019 | 1/30/2019 | 1/03/2019 | -228 | 27 | 7 | OAS | FT at revoc/ 1251 prob street credits |
| 20190116 | 190211 | 190215 | 20181113 | 30 | 94 | 000192 | | 2/15/2019 | 2/05/2019 | 1/16/2019 | -64 | 20 | 10 | OAN | |
| 20190122 | 190218 | 190221 | 20190130 | 30 | 22 | 000119 | | 2/21/2019 | 2/11/2019 | 1/22/2019 | 8 | 20 | 10 | OAS | |
| 20190117 | 190201 | 190205 | 20181202 | 19 | 65 | 000444 | | 2/05/2019 | 1/29/2019 | 1/17/2019 | -45 | 12 | 7 | | Rec'd 686 days prob street credits |
| 20190124 | 190201 | 190207 | 20181025 | 14 | 105 | 000222 | | 2/07/2019 | 1/31/2019 | 1/24/2019 | -88 | 7 | 7 | OAS | |
| 20190207 | 190219 | 190220 | 20190219 | 13 | 1 | 000242 | | 2/20/2019 | 2/14/2019 | 2/07/2019 | 13 | 7 | 6 | OAS | Reworking for street credit |
| 20181217 | 190131 | 190201 | 20181219 | 46 | 44 | 000113 | | 2/01/2019 | 1/22/2019 | 12/17/2018 | 3 | 36 | 10 | OAN | |
| 20190122 | 190201 | 190204 | 20181108 | 13 | 88 | 000155 | | 2/04/2019 | 1/28/2019 | 1/22/2019 | -75 | 6 | 7 | OAS | Rec'd 502 days probation street credit |
| 20181212 | 190130 | 190204 | 20190109 | 54 | 26 | 000358 | | 2/04/2019 | 1/28/2019 | 12/12/2018 | 28 | 47 | 7 | OAN | Rec'd 1086 days probation street credit |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20190123 | 190213 | 190215 | 20070907 | 23 | 4179 | 000346 | | 2/15/2019 | 2/04/2019 | 1/23/2019 | -198 | 12 | 11 | OAS | two dockets; Prob violator; Rec'd street credit (613 days) |
| 20180925 | 190201 | 190204 | 20190201 | 132 | 3 | 000004 | | 2/04/2019 | 1/28/2019 | 9/25/2018 | 129 | 125 | 7 | OAN | pv LTR Rec 1/28/19 (29) days 792 |
| 20190128 | 190221 | 190222 | 20180129 | 25 | 389 | 000000 | | 2/22/2019 | 2/19/2019 | 1/28/2019 | -364 | 22 | 3 | OAS | Rec'd 2867 days probation street credit |
| 20190204 | 190222 | 190225 | 20190129 | 21 | 27 | 000261 | | 2/25/2019 | 2/19/2019 | 2/04/2019 | -5 | 15 | 6 | OAS | **look at minutes/street credits? |
| 20190114 | 190205 | 190206 | 20170305 | 23 | 703 | 000278 | | 2/06/2019 | 2/04/2019 | 1/14/2019 | -678 | 21 | 2 | OAS | Rec'd 1874 days probation street credits |
| 20181026 | 190219 | 190220 | 20181102 | 117 | 110 | 000008 | | 2/20/2019 | 2/13/2019 | 10/20/2018 | 13 | 116 | 7 | OAN | PV LTR rec 2/20/19 (447 792 credit) |
| 20181011 | 190201 | 190204 | 20190118 | 116 | 17 | 000238 | | 2/04/2019 | 1/15/2019 | 10/11/2018 | 99 | 96 | 20 | OAN | PV LTR rec 1/15/19 (130 792 credit) |
| 20190208 | 190226 | 190228 | 20180927 | 20 | 154 | 000239 | | 2/28/2019 | 2/25/2019 | 2/08/2019 | -132 | 17 | 3 | OAN | PV 48 days Street credit |
| 20181206 | 190131 | 190204 | 20190113 | 60 | 22 | 000089 | | 2/04/2019 | 1/15/2019 | 12/06/2018 | 38 | 40 | 20 | OAN | |
| 20190109 | 190220 | 190225 | 20190216 | 47 | 9 | 000089 | | 2/25/2019 | 2/20/2019 | 1/09/2019 | 38 | 42 | 5 | OAN | |
| 20190211 | 190226 | 190227 | 20190206 | 16 | 21 | 000132 | | 2/27/2019 | 2/22/2019 | 2/11/2019 | -4 | 11 | 5 | OAS | |
| 20190108 | 190205 | 190206 | 20180802 | 29 | 188 | 000713 | | 2/6/2019 | 1/30/2019 | 1/08/2019 | -158 | 22 | 7 | OAS | PV letter dated 1/23/2019; Rec'd street credit (818 days) |
| 20181023 | 190208 | 190211 | 20181009 | 111 | 125 | 000045 | | 2/11/2019 | 2/06/2019 | 10/23/2018 | -13 | 106 | 5 | OAS | |
| 20190131 | 190215 | 190215 | 20190122 | 15 | 24 | 000137 | | 2/15/2019 | 2/11/2019 | 1/31/2019 | -9 | 11 | 4 | OAS | |
| 20190212 | 190222 | 190222 | 20181128 | 10 | 86 | 000714 | | 2/22/2019 | 2/20/2019 | 2/12/2019 | -75 | 8 | 2 | | |
| 20190214 | 190228 | 190228 | 20181022 | 14 | 129 | 000082 | | 2/28/2019 | 2/25/2019 | 2/14/2019 | -113 | 11 | 3 | | Rec'd street credit (453 days) |
| 20190131 | 190215 | 190215 | 20171107 | 15 | 465 | 000556 | | 2/15/2019 | 2/11/2019 | 1/31/2019 | -450 | 11 | 4 | | |
| 20190124 | 190206 | 190206 | 20181214 | 13 | 54 | 000168 | | 2/6/2019 | 2/01/2019 | 1/24/2019 | -40 | 8 | 5 | | |
| 20190108 | 190204 | 190204 | 20170403 | 27 | 672 | 000124 | | 2/04/2019 | 1/15/2019 | 1/08/2019 | -644 | 7 | 20 | | Rec'd street credit (2580 days) |
| 20181213 | 190201 | 190201 | 20180829 | 50 | 156 | 000008 | | 2/01/2019 | 1/16/2019 | 1/03/2019 | -126 | 13 | 16 | | Rec'd street credit (885 days) |
| 20190131 | 190206 | 190206 | 20181113 | 6 | 85 | 000121 | | 2/06/2019 | 2/06/2019 | 1/31/2019 | -79 | 6 | 0 | | Rec'd street credit (610 days) |
| 20190123 | 190219 | 190219 | 20190210 | 27 | 9 | 000109 | | 2/19/2019 | 2/11/2019 | 1/23/2019 | 18 | 19 | 8 | | |
| 20190128 | 190206 | 190206 | 20190129 | 9 | 8 | 000701 | | 2/06/2019 | 2/01/2019 | 1/28/2019 | 1 | 4 | 5 | | |
| 20190108 | 190204 | 190204 | 20180925 | 27 | 132 | 000835 | | 2/04/2019 | 1/30/2019 | 1/08/2019 | -105 | 22 | 5 | | |
| 20180503 | 190228 | 190228 | 20191022 | 301 | -236 | 000139 | 345 | 2/28/2019 | 10/02/2018 | 6/28/2019 | 116 | -269 | 149 | | cs sentence; rel due to CTRP cr's |
| 20190205 | 190207 | 190207 | 20151201 | 2 | 1164 | 000005 | | 2/07/2019 | 2/07/2019 | 2/05/2019 | -1161 | 2 | 0 | | Rec'd Street credit (4035 days) |
| 20181024 | 190211 | 190211 | 20190107 | 110 | 35 | 000002 | | 2/11/2019 | 12/18/2018 | 11/26/2018 | 42 | 22 | 55 | | Parole Violator; ltr dated 12/3/2018; Rec'd 2/5/2019 |
| 20190131 | 190220 | 190220 | 20180623 | 20 | 242 | 000175 | | 2/20/2019 | 2/11/2019 | 1/31/2019 | -221 | 11 | 9 | | Rec'd Street Credit (862 days) |
| 20190123 | 190227 | 190227 | 20180421 | 35 | 312 | 000338 | | 2/27/2019 | 2/22/2019 | 1/23/2019 | -276 | 30 | 5 | | Rec'd Street Credit (1649 days) |
| 20190109 | 190204 | 190204 | 20181001 | 26 | 126 | 000105 | | 2/04/2019 | 1/28/2019 | 1/9/2019 | -100 | 19 | 7 | | |
| 20190204 | 190215 | 190215 | 20190124 | 11 | 22 | 000266 | | 2/15/2019 | 2/11/2019 | 2/04/2019 | -10 | 7 | 4 | | |
| 20181213 | 190215 | 190215 | 20190118 | 64 | 28 | 000091 | | 2/15/2019 | 2/11/2019 | 12/13/2018 | 36 | 60 | 4 | | |
| 20190125 | 190201 | 190201 | 20190124 | 7 | 8 | 000012 | | 2/01/2019 | 1/28/2019 | 1/25/2019 | -1 | 3 | 4 | | |
| 20190204 | 190215 | 190215 | 20180711 | 11 | 219 | 000354 | | 2/15/2019 | 2/08/2019 | 2/04/2019 | -205 | 4 | 7 | | |
| 20190206 | 190214 | 190214 | 20190128 | 8 | 17 | 000391 | | 2/14/2019 | 2/11/2019 | 2/06/2019 | -8 | 5 | 3 | | |
| 20190128 | 190214 | 190214 | 20180907 | 17 | 160 | 000271 | | 2/14/2019 | 2/11/2019 | 1/28/2019 | -143 | 14 | 3 | | |
| 20190128 | 190214 | 190214 | 20180909 | 17 | 158 | 000396 | | 2/14/2019 | 2/11/2019 | 1/28/2019 | -141 | 14 | 3 | | |
| 20181114 | 190214 | 190214 | 20190125 | 92 | 20 | 000118 | | 2/14/2019 | 2/12/2019 | 11/14/2018 | 74 | 90 | 2 | | Rec'd street credit (60 days) |
| 20190208 | 190213 | 190213 | 20181010 | 5 | 126 | 000247 | | 2/13/2019 | 2/12/2019 | 2/08/2019 | -119 | 4 | 1 | | |
| 20190117 | 190208 | 190208 | 20181113 | 22 | 87 | 000260 | | 2/08/2019 | 2/07/2019 | 1/17/2019 | -65 | 21 | 1 | | Rec'd street credit (172 days) |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20190123 | 190213 | 190213 | 20170406 | 21 | 678 | 000136 | | 2/13/2019 | 2/06/2019 | 1/23/2019 | **-657** | 14 | **7** | 2219 days probation street credits |
| 20190107 | 190204 | 190204 | 20180808 | 28 | 180 | 000231 | | 2/04/2019 | 1/29/2019 | 1/07/2019 | **-151** | 22 | **6** | 138 days probation street credit |
| 20190117 | 190201 | 190201 | 20181011 | 15 | 113 | 000161 | | 2/01/2019 | 1/29/2019 | 1/17/2019 | **-97** | 12 | **3** | |
| 20190114 | 190204 | 190204 | 20171201 | 21 | 430 | 000058 | | 2/04/2019 | 1/30/2019 | 1/14/2019 | **-409** | 16 | **5** | 1735 days probation street credit |
| 20190109 | 190204 | 190204 | 20190204 | 26 | 0 | 000133 | | 2/04/2019 | 1/25/2019 | 1/09/2019 | **26** | 16 | **10** | Offender released on actual rel date |
| 20190211 | 190222 | 190222 | 20190123 | 11 | 30 | 000146 | | 2/22/2019 | 2/19/2019 | 2/11/2019 | **-18** | 8 | **3** | |
| 20190118 | 190225 | 190225 | 20181202 | 38 | 85 | 000429 | | 2/25/2019 | 2/21/2019 | 1/18/2019 | **-46** | 34 | **4** | |
| 20190123 | 190207 | 190207 | 20180702 | 15 | 220 | 000614 | | 2/07/2019 | 2/04/2019 | 1/23/2019 | **-203** | 12 | **3** | 650 days probation street credit |
| 20181128 | 190204 | 190204 | ~~20181020~~ | 68 | 107 | 000151 | | 2/04/2019 | 2/01/2019 | 11/28/2018 | **-15** | 65 | **3** | Raw GTPS 11/13/2018;  Rec'd street credit (267 days) |
| 20190109 | 190205 | 190205 | 20181012 | 27 | 116 | 000104 | | 2/05/2019 | 1/30/2019 | 1/09/2019 | **-88** | 21 | **6** | |
| 20190117 | 190215 | 190215 | 20181003 | 29 | 135 | 000162 | | 2/15/2019 | 2/08/2019 | 1/17/2019 | **-105** | 22 | **7** | |
| 20190205 | 190225 | 190225 | 20181001 | 20 | 147 | 000509 | | 2/25/2019 | 2/20/2019 | 2/05/2019 | **-126** | 15 | **5** | |
| 20190213 | 190215 | 190215 | 20181204 | 2 | 73 | 000272 | | 2/15/2019 | 2/14/2019 | 2/13/2019 | **-69** | 1 | **1** | |
| 20180906 | 190204 | 190204 | 20180626 | 151 | 223 | 000346 | | 2/04/2019 | 2/01/2019 | 9/06/2018 | **-71** | 148 | **3** | 1371 days 792 cr/pv letter recd 1/28/19 |
| 20190103 | 190206 | 190206 | 20181206 | 34 | 62 | 000155 | | 2/06/2019 | 1/30/2019 | 1/03/2019 | **-27** | 27 | **7** | |
| 20190129 | 190208 | 190208 | 20180518 | 10 | 266 | 000350 | | 2/08/2019 | 2/04/2019 | 1/29/2019 | **-254** | 6 | **4** | 273 days probation street credit |
| 20190114 | 190215 | 190215 | 20181104 | 32 | 103 | 000078 | | 2/15/2019 | 1/22/2019 | 1/14/2019 | **-71** | 8 | **24** | |
| 20190108 | 190211 | 190211 | 20190208 | 34 | 3 | 000096 | | 2/11/2019 | 1/28/2019 | 1/08/2019 | **31** | 20 | **14** | |
| 20181219 | 190205 | 190205 | 20190121 | 48 | 15 | 000094 | | 2/05/2019 | 1/30/2019 | 12/19/2018 | **33** | 42 | **6** | |
| 20190110 | 190206 | 190206 | 20180910 | 27 | 149 | 000250 | | 2/06/2019 | 1/31/2019 | 1/10/2019 | **-122** | 21 | **6** | |
| 20181003 | 190221 | 190221 | 20190108 | 141 | 44 | 000141 | | 2/21/2019 | 2/05/2019 | 10/03/2018 | **97** | 125 | **16** | Rec'd street credit (1286 days) |
| 20190115 | 190213 | 190213 | 20190117 | 29 | 27 | 000145 | | 2/13/2019 | 2/04/2019 | 1/15/2019 | **2** | 20 | **9** | |
| 20190214 | 190227 | 190227 | 20170825 | 13 | 551 | 000906 | | 2/27/2019 | 2/21/2019 | 2/14/2019 | **-267** | 7 | **6** | CS with credit overage |
| 20190124 | 190207 | 190207 | 20180209 | 14 | 363 | 000360 | | 2/07/2019 | 2/04/2019 | 1/24/2019 | **-350** | 11 | **3** | Rec'd street credits (700 days) |
| 20190123 | 190213 | 190213 | 20181201 | 21 | 74 | 000181 | | 2/13/2019 | 2/08/2019 | 1/23/2019 | **-53** | 16 | **5** | |
| 20181220 | 190211 | 190211 | 20181206 | 53 | 67 | 000242 | | 2/11/2019 | 1/29/2019 | 12/20/2018 | **-13** | 40 | **13** | Rec'd street credits (1173 days) |
| 20190206 | 190215 | 190215 | 20180917 | 9 | 151 | 000268 | | 2/15/2019 | 2/12/2019 | 2/06/2019 | **-140** | 6 | **3** | |
| 20190108 | 190204 | 190204 | 20190109 | 27 | 26 | 000003 | | 2/04/2019 | 1/15/2019 | 1/8/2019 | **1** | 7 | **20** | |
| 20190131 | 190222 | 190222 | 20181227 | 22 | 57 | 000163 | | 2/22/2019 | 2/21/2019 | 1/31/2019 | **-34** | 21 | **1** | |
| 20190129 | 190207 | 190207 | 20190125 | 9 | 13 | 002195 | | 2/07/2019 | 2/04/2019 | 1/29/2019 | **-4** | 6 | **3** | |
| 20181211 | 190212 | 190212 | 20180809 | 63 | 187 | 000430 | | 2/12/2019 | 2/05/2019 | 12/11/2018 | **-123** | 56 | **7** | Rec'd street credit (217 days) |
| 20190103 | 190211 | 190211 | 20181023 | 39 | 111 | 000139 | | 2/11/2019 | 1/03/2019 | 1/03/2019 | **-93** | 0 | **39** | |
| 20190201 | 190206 | 190206 | 20180803 | 5 | 187 | 000625 | | 2/06/2019 | 2/05/2019 | 2/01/2019 | **-180** | 4 | **1** | Rec'd street credit (554 days) |
| 20190110 | 190227 | 190227 | 20180228 | 48 | 364 | 000323 | | 2/27/2019 | 2/22/2019 | 1/10/2019 | **-315** | 43 | **5** | Rec'd street credit (1073 days) |
| 20190207 | 190222 | 190222 | 20190115 | 15 | 38 | 000150 | | 2/22/2019 | 2/19/2019 | 2/07/2019 | **-22** | 12 | **3** | |
| 20190117 | 190211 | 190211 | 20181216 | 25 | 57 | 000159 | | 2/11/2019 | 2/05/2019 | 1/17/2019 | **-31** | 19 | **6** | |
| 20190115 | 190221 | 190221 | 20050319 | 37 | 5087 | 005809 | | 2/21/2019 | 2/08/2019 | 1/15/2019 | **-5048** | 24 | **13** | Rec'd credit served prior on a CC 18 yr sentence |
| 20190201 | 190207 | 190207 | 20190124 | 6 | 14 | 000111 | | 2/07/2019 | 2/05/2019 | 2/01/2019 | **-7** | 4 | **2** | Rec'd street credit (435 days) |
| 20190128 | 190212 | 190212 | 20190212 | 15 | 0 | 000112 | | 2/12/2019 | 2/07/2019 | 1/28/2019 | **15** | 10 | **5** | |
| 20181129 | 190214 | 190214 | 20181227 | 77 | 49 | 000000 | | 2/14/2019 | 1/18/2019 | 11/29/2018 | **73** | 50 | **27** | Rec'd stree credit (158 days);  PV Ltr recd 2/8/19 |
| 20190211 | 190221 | 190221 | 20160707 | 10 | 959 | 001330 | | 2/21/2019 | 2/21/2019 | 2/12/2019 | **-948** | 9 | **0** | |

| | 20181218 | 190211 | 190211 | 20190207 | 55 | 4 | 000076 | 120 | 2/11/2019 | 1/22/2019 | 12/18/2018 | 51 | 35 | 20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20190207 | 190228 | 190228 | 20190118 | 21 | 41 | 000147 | | 2/28/2019 | 2/25/2019 | 2/07/2019 | -19 | 18 | 3 | | |
| | 20190123 | 190207 | 190207 | 20190127 | 15 | 11 | 000123 | | 2/07/2019 | 2/04/2019 | 1/23/2019 | 4 | 12 | 3 | | |
| | 20190108 | 190211 | 190211 | 20181009 | 34 | 125 | 000068 | | 2/11/2019 | 2/05/2019 | 1/08/2019 | -90 | 28 | 6 | | Rec'd street credit (1159 days) |
| | 20190201 | 190211 | 190211 | 20190127 | 10 | 15 | 000015 | | 2/11/2019 | 2/06/2019 | 2/01/2019 | -4 | 5 | 5 | | |
| | 20190221 | 190228 | 190228 | 20190226 | 7 | 2 | 000121 | | 2/28/2019 | 2/27/2019 | 2/21/2019 | -4 | 6 | 1 | | |
| | 20190131 | 190225 | 190225 | 20180416 | 25 | 315 | 000438 | | 2/28/2019 | 2/21/2019 | 1/31/2019 | -289 | 21 | 7 | | |
| | 20190129 | 190211 | 190211 | 20190208 | 13 | 3 | 000117 | | 2/11/2019 | 2/06/2019 | 1/29/2019 | 10 | 8 | 5 | | |
| | 20190122 | 190207 | 190207 | 20181028 | 16 | 102 | 000341 | | 2/07/2019 | 2/04/2019 | 1/22/2019 | -85 | 13 | 3 | | |
| | 20190205 | 190227 | 190227 | 20190227 | 22 | 0 | 000104 | | 2/27/2019 | 2/25/2019 | 2/5/2019 | 23 | 20 | 2 | | Released on actual release date |