```
                                                                 February 2019(Redacted)
*
* DOC       .                    .                    .SENTENCE.CRT. ADMIT   .TMCOMP  . CTRP   .TMCOMP  .RAW       .RELEASE .days  .PREC  .SENT TO.RECEIV .TM REDY.TM TO .CTRP .RAW TO .JAIL   .CTRP
* NUMBER .    LAST  NAME       . FIRST  NAME   . DATE   .CDE. DATE    . READY  .LAST DTE.LAST DTE.GTPS DTE.DATE     .over   .RECEIV.RECEIV.TO COMP.TO REL .LAST   .TO REL.RELEASE.CREDIT.EARNED
*========.=================.================.========.===.========.========.========.========.========.========.=======.======.=======.=======.=======.======.=======.======.======.======
          G                 W                 20190128 111 20190130 190206           190206   20190212 20190212    13 190205      8       1       6       0
     0 000112
          S                 K                 20190130 018 20190130 190213           190213   20170811 20190214    15 190207      8       6       1       0
   552 000919
          H                 H                 20190109 004 20190109 190211           190214   20190114 20190215    37 190129     20      13       4       3
    32 000058
          H                 C                 20190114 015 20190114 190212           190212   20181128 20190213    30 190207     24       5       1       0
    77 000175
          B                 A                 20181205 012 20181205 190213           190213   20190215 20190219    76 190212     69       1       6       0
     4 000006
          F                 L                 20190129 020 20190129 190222           190226   20190124 20190227    29 190219     21       3       5       4
    34 000133
          D                 J                 20190103 021 20190103 190207           190207   20180908 20190208    36 190125     22      13       1       0
   153 000309
          B                 J                 20181004 037 20181004 190219           190220   20180622 20190221   140 190202    121      17       2       1
   244 000622
          C                 B                 20190131 035 20190131 190218           190218   20180918 20190219    19 190215     15       3       1       0
   154 000242
          P                 A                 20181129 001 20181129 190221  20190206 190221   20190418 20190226    89 190128     60      24       5       0    20
   -51 000241      120
          D                 K                              019 20190220 190221           190221   20181023 20190222     2                              1       0
   122 000006
          G                 T                 20181115 022 20181115 190129           190129   20180925 20190201    78 190118     64      11       3       0
   129 000016
          G                 B                 20181220 001 20181220 190207           190207   20190120 20190208    50 190128     39      10       1       0
    19 000064
          D                 P                 20181218 021 20181218 190221           190221   20190126 20190222    66 190215     59       6       1       0
    27 000088
          C                 Z                 20190124 022 20190124 190211           190211   20190216 20190216    23 190205     12       6       5       0
     0 000101
          C                 A                 20171018 001 20171018 190218           190218   20180615 20190219   489 190205    475      13       1       0
   249 000433
          C                 C                 20181121 034 20181121 190212           190212   20181220 20190213    84 190212     83       0       1       0
    55 000000
          P                 J                 20181220 001 20181220 190201           190201   20181205 20190205    47 190115     26      17       4       0
    62 000142
          S                 D                 20190116 009 20190116 190212           190212   20171113 20190213    28 190205     20       7       1       0
   457 000684
          C                 J                              022 20181003 190221           190222   20161128 20190225   145 181212              71       4       1
   819 001447
          A                 B                 20181114 001 20181114 190206  20190117 190206   20190401 20190207    85 190107     54      30       1       0    21
   -53 000116      120
          D                 J                 20190129 020 20190129 190222           190222   20190201 20190225    27 190219     21       3       3       0
    24 000124
          A                 C                 20181218 017 20181218 190207           190207   20181228 20190208    52 190204     48       3       1       0
                                                                          Page 1
```

**EXHIBIT 2-A**

February 2019(Redacted)

```
 42 000201
         W              B         20190131 015 20190131 190214           190214    20190130 20190218    18 190212    12     2     4     0
 19 000129
         H              J         20190124 015 20190124 190212           190212    20181205 20190213    20 190206    13     6     1     0
 70 000177
         H              W         20180920 015 20180920 190205           190205    20180818 20190206   139 190205   138     0     1     0
172 000367
         R              M         20190124 022 20190124 190219           190219    20190224 20190224    31 190215    22     4     5     0
  0 000096
         V              D         20190122 016 20190122 190131           190201    20190129 20190205    14 190128     6     3     5     1
  7 000248
         R              B         20190114 015 20190114 190212           190212    20190114 20190213    30 190207    24     5     1     0
 30 000256
         B              D         20190125 028 20190125 190219           190219    20181007 20190220    26 190205    11    14     1     0
136 000237
         M              T         20190116 001 20190116 190218           190218    20181114 20190219    34 190205    20    13     1     0
 97 000446
         B              B         20190117 015 20190117 190214           190214    20190127 20190215    29 190207    21     7     1     0
 19 000117
         C              S         20190131 021 20190131 190214           190214    20181213 20190215    15 190211    11     3     1     0
 64 000131
         D              B         20190125 015 20190128 190212           190212    20180430 20190213    16 190208    14     4     1     0
289 000524
         H              K         20181218 034 20181218 190129           190129    20190201 20190201    45 190118    31    11     3     0
  0 000278
         W              N         20181212 003 20181212 190221           190222    20181211 20190225    75 190211    61    10     4     1
 76 000128
         H              C         20190201 019 20190201 190214           190214    20181025 20190215    14 190207     6     7     1     0
113 000225
         D              S         20181128 001 20181128 190201           190201    20181129 20190205    69 190115    48    17     4     0
 68 000254
         C              B         20190109 021 20190109 190204           190204    20190201 20190205    27 190128    19     7     1     0
  4 000104
         B              R         20190123 001 20190123 190220           190220    20190119 20190221    29 190212    20     8     1     0
 33 000260
         B              L         20190204 021 20190204 190222           190222    20190107 20190225    21 190219    15     3     3     0
 49 000070
         P              A         20190123 036 20190123 190213           190213    20181112 20190214    22 190211    19     2     1     0
 94 000328
         G              D         20190122 026 20190122 190218           190218    20181012 20190219    28 190205    14    13     1     0
130 000173
         S              S         20181019 004 20181019 190219           190219    20181112 20190220   124 190213   117     6     1     0
100 000096
         L              J         20190110 021 20190110 190213           190213    20190216 20190216    37 190208    29     5     3     0
  0 000090
         S              J         20181126 021 20181126 190213           190213    20181106 20190214    80 190212    78     1     1     0
100 000148
         F              G         20190128 026 20190128 190218           190218    20181122 20190219    22 190205     8    13     1     0
 89 000259
         W              R         20190110 016 20190110 190213           190213    20190129 20190214    35 190212    33     1     1     0
 16 000035
         P              K         20181217 001 20181217 190201  20190201 190206    20180901 20190207    52 190122    36    10     6     5    6
```

February 2019(Redacted)

```
 159 000364       120
        M                A         20190205 019 20190205 190214            190214    20190208 20190215     10 190213      8      1     1     0
   7 000558
        S                L         20180918 024 20180918 190204   20190204 190204    20190308 20190205    140 180921      3    136     1     0    1
 -31 000109       120
        H                K         20190122 016 20190122 190204            190204    20190205 20190205     14 190125      3     10     1     0
   0 000241
        C                D         20190129 026 20190129 190218            190218    20190208 20190219     21 190211     13      7     1     0
  11 000117
        M                J         20181220 017 20181220 190207            190207    20180927 20190208     50 190204     46      3     1     0
 134 000211
        M                W         20190128 021 20190128 190213            190213    20181213 20190214     17 190207     10      6     1     0
  63 000112
        C                M         20190212 111 20190212 190214            190214    20190102 20190215      3 190214      2      0     1     0
  44 000504
        T                T         20190110 001 20190110 190218            190218    20190206 20190219     40 190205     26     13     1     0
  13 000100
        D                C         20190220 024 20190220 190225            190225    20180116 20190226      6 190222      2      3     1     0
 406 001037
        S                D         20190124 032 20190124 190218            190218    20181101 20190219     26 190211     18      7     1     0
 110 000189
        R                T         20190116 015 20190116 190213            190213    20190215 20190215     30 190206     21      7     2     0
   0 000075
        H                J         20190124 022 20190124 190218            190218    20190224 20190224     31 190211     18      7     6     0
   0 000096
        J                C         20171108 018 20171108 190204            190204    20180503 20190205    454 190201    450      3     1     0
 278 000026
        C                A         20181102 019 20181102 190128            190128    20190202 20190202     92 190123     82      5     5     0
   0 000007
        T                C         20181115 012 20181115 190212            190212    20190217 20190217     94 190123     69     20     5     0
   0 000024
        R                J         20181218 001 20181218 190205            190207    20181029 20190208     52 190122     35     14     3     2
 102 000113
        S                C         20190205 024 20190205 190207            190207    20190204 20190208      3 190207      2      0     1     0
   4 000127
        M                T         20190128 021 20190128 190212            190212    20190106 20190213     16 190207     10      5     1     0
  38 000062
        G                G         20181206 001 20181206 190201            190201    20181020 20190204     60 190115     40     17     3     0
 107 000088
        S                K         20181212 005 20181212 190131            190204    20190207 20190207     57 190128     47      3     7     4
   0 000070
        C                P         20190129 026 20190129 190218            190218    20180907 20190219     21 190211     13      7     1     0
 165 000230
        C                V         20190206 015 20190206 190222            190222    20190129 20190225     19 190220     14      2     3     0
  27 000028
        G                A         20190125 019 20190125 190220            190220    20181218 20190221     27 190219     25      1     1     0
  65 000380
        W                R         20190211 022 20190211 190226            190226    20190224 20190227     16 190222     11      4     1     0
   3 000001
        J                K         20190110 004 20190110 190205            190207    20190102 20190208     29 190129     19      7     3     2
  37 000136
        K                A         20190117 021 20190117 190205            190206    20190211 20190211     25 190129     12      7     6     1
```

February 2019(Redacted)

```
      0 000157
        H              W       20190124 032 20190124 190214            190218   20180726 20190219    26 190211      18       3       5       4
    208 000126
        J              P       20190131 004 20190131 190221            190221   20190226 20190228    28 190214      14       7       7       0
      2 000247
        E              C       20190128 015 20190128 190212            190212   20170714 20190213    16 190208      11       4       1       0
    579 000291
        M              M       20181213 015 20181213 190218            190218   20181227 20190219    68 190131      49      18       1       0
     54 000335
        B              J       20180928 021 20180928 190211            190211   20190217 20190217   142 190124     118      18       6       0
      0 000029
        T              D       20190114 009 20190114 190212            190212   20170601 20190213    30 190205      22       7       1       0
    622 000846
        M              J       20181211 001 20181211 190201            190201   20190104 20190205    56 190115      35      17       4       0
     32 000071
        J              E       20181115 022 20181115 190130            190131   20170101 20190201    78 190118      64      12       2       1
    761 000050
        S              T       20181219 003 20181219 190215            190220   20180106 20190221    64 190205      48      10       6       5
    411 000602
        G              C       20181031 011 20181031 190219            190219   20181110 20190220   112 190218     110       1       1       0
    102 000111
        G              H       20190211 006 20190211 190225            190226   20180919 20190227    16 190225      14       0       2       1
    161 000399
        S              M       20181029 001 20181029 190218   20190218 190218   20190320 20190219   113 181210      42      70       1       0   1
    -29 000115    120
        B              K       20190129 015 20190129 190215            190215   20190105 20190218    20 190211      13       4       3       0
     44 000117
        C              W       20181031 019 20181031 190225            190225   20190205 20190226   118 190220     112       5       1       0
     21 000017
        N              Z       20190124 015 20190124 190208            190208   20180911 20190211    18 190205      12       3       3       0
    153 000262
        C              J       20190128 037 20190128 190221            190222   20190125 20190225    28 190220      23       1       4       1
     31 000259
        E              H       20190128 021 20190128 190213            190213   20190101 20190214    17 190211      14       2       1       0
     44 000156
        L              C       20190124 027 20190124 190208            190208   20180725 20190211    18 190204      11       4       3       0
    201 000350
        S              E       20190122 026 20190122 190207            190207   20181205 20190208    17 190128       6      10       1       0
     65 000303
        F              J       20190128 019 20190128 190208            190211   20180728 20190212    15 190206       9       2       4       3
    199 000437
        M              A       20190115 026 20190115 190207            190211   20181016 20190212    28 190128      13      10       5       4
    119 000228
        G              F       20190204 023 20190204 190218            190218   20180529 20190219    15 190214      10       4       1       0
    266 000439
        M              C       20190128 014 20190128 190220            190220   20190202 20190222    25 190219      22       1       2       0
     20 000122
        R              C       20181226 001 20181226 190206            190206   20180707 20190207    43 190122      27      15       1       0
    215 000425
        J              I       20181023 036 20181023 190218            190218   20181228 20190219   119 190204     104      14       1       0
     53 000069
        R              P       20181206 001 20181206 190131   20190131 190204   20180311 20190204    60 190115      40      16       4       4   4
```

February 2019(Redacted)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 000114 | | 120 | | | | | | | | | |
| | G | | Z | 20190131 024 20190131 190207 | 190208 | 20171216 20190208 | 8 190206 | 6 | 1 | 1 | 1 |
| 419 000153 | | | | | | | | | | | |
| | B | | T | 20181204 015 20181204 190208 | 190212 | 20181208 20190212 | 70 190204 | 62 | 4 | 4 | 4 |
| 66 000099 | | | | | | | | | | | |
| | A | | C | 20190212 026 20190212 190220 | 190221 | 20180207 20190221 | 9 190219 | 7 | 1 | 1 | 1 |
| 379 000573 | | | | | | | | | | | |
| | M | | J | 20190104 031 20190104 190201 | 190205 | 20190115 20190205 | 32 190128 | 24 | 4 | 4 | 4 |
| 21 000180 | | | | | | | | | | | |
| | L | | J | 20190117 032 20190117 190207 | 190213 | 20181227 20190213 | 27 190201 | 15 | 6 | 6 | 6 |
| 48 000403 | | | | | | | | | | | |
| | K | | T | 20181211 001 20181211 190201 | 190204 | 20181228 20190204 | 55 190128 | 48 | 4 | 3 | 3 |
| 38 000006 | | | | | | | | | | | |
| | G | | B | 20181218 017 20181218 190205 | 190206 | 20180521 20190206 | 50 190204 | 48 | 1 | 1 | 1 |
| 261 000720 | | | | | | | | | | | |
| | B | | T | 20190114 015 20190114 190213 | 190214 | 20180917 20190214 | 31 190207 | 24 | 6 | 1 | 1 |
| 150 000413 | | | | | | | | | | | |
| | B | | T | 20190110 009 20190110 190206 | 190207 | 20180905 20190207 | 28 190201 | 22 | 5 | 1 | 1 |
| 155 000254 | | | | | | | | | | | |
| | W | | K | 20190108 028 20190108 190211 | 190212 | 20171004 20190212 | 35 190130 | 22 | 12 | 1 | 1 |
| 496 000088 | | | | | | | | | | | |
| | W | | R | 20190114 020 20190114 190201 | 190204 | 20180925 20190204 | 21 190130 | 16 | 2 | 3 | 3 |
| 132 000238 | | | | | | | | | | | |
| | B | | J | 20190211 023 20190211 190222 | 190225 | 20171126 20190225 | 14 190221 | 10 | 1 | 3 | 3 |
| 456 000838 | | | | | | | | | | | |
| | J | | G | 20181031 026 20181031 190201 | 190204 | 20181007 20190204 | 96 190115 | 76 | 17 | 3 | 3 |
| 120 000210 | | | | | | | | | | | |
| | F | | B | 20190129 026 20190129 190212 | 190213 | 20181129 20190213 | 15 190207 | 9 | 5 | 1 | 1 |
| 76 000175 | | | | | | | | | | | |
| | R | | K | 20190211 021 20190211 190222 | 190225 | 20181222 20190225 | 14 190219 | 8 | 3 | 3 | 3 |
| 65 000118 | | | | | | | | | | | |
| | D | | R | 20190111 111 20190111 190222 | 190225 | 20190125 20190225 | 45 190220 | 40 | 2 | 3 | 3 |
| 31 000105 | | | | | | | | | | | |
| | S | | V | 20190122 016 20190122 190206 | 190207 | 20181201 20190207 | 16 190131 | 9 | 6 | 1 | 1 |
| 68 000210 | | | | | | | | | | | |
| | P | | A | 20190207 014 20190207 190226 | 190227 | 20180423 20190227 | 20 190225 | 18 | 1 | 1 | 1 |
| 310 000346 | | | | | | | | | | | |
| | C | | C | 20190111 111 20190111 190207 | 190208 | 20181226 20190208 | 28 190130 | 19 | 8 | 1 | 1 |
| 44 000129 | | | | | | | | | | | |
| | P | | K | 20181108 005 20181108 190208 | 190211 | 20181212 20190211 | 95 190206 | 90 | 2 | 3 | 3 |
| 61 000154 | | | | | | | | | | | |
| | H | | T | 20181204 007 20181204 190222 | 190225 | 20190111 20190225 | 83 190219 | 77 | 3 | 3 | 3 |
| 45 000179 | | | | | | | | | | | |
| | L | | B | 20181221 015 20181221 190213 | 190219 | 20190110 20190219 | 60 190212 | 53 | 1 | 6 | 6 |
| 40 000388 | | | | | | | | | | | |
| | S | | B | 20190107 021 20190107 190212 | 190213 | 20181219 20190213 | 37 190129 | 22 | 14 | 1 | 1 |
| 56 000311 | | | | | | | | | | | |
| | C | | R | 20190117 015 20190117 190214 | 190215 | 20190208 20190215 | 29 190207 | 21 | 7 | 1 | 1 |
| 7 000160 | | | | | | | | | | | |
| | T | | J | 20181029 033 20181029 190207 | 190208 | 20181218 20190208 | 102 181111 | 13 | 88 | 1 | 1 |
| 52 000076 | | | | | | | | | | | |
| | M | | N | 20190117 015 20190117 190214 | 190215 | 20181223 20190215 | 29 190207 | 21 | 7 | 1 | 1 |

Page 5

February 2019(Redacted)

```
 54 000141
         J              T          20180321 001 20180321 190201        190204    20180901 20190204    320 180410     20      297       3       3
156 000092
         G              D          20190128 023 20190128 190215        190221    20190218 20190221     24 190212     15        3       6       6
  3 000205
         C              R          20190122 026 20190122 190129        190204    20190122 20190204     13 190128      6        1       6       6
 13 000169
         V              P          20181218 001 20181218 190206        190211    20190201 20190211     55 190122     35       15       5       5
 10 000466
         Y              R          20190103 014 20190103 190204        190206    20180518 20190206     34 190130     27        5       2       2
264 000216
         H              R          20190116 001 20190116 190211        190215    20181113 20190215     30 190205     20        6       4       4
 94 000192
         B              R          20190122 032 20190122 190218        190221    20190130 20190221     30 190211     20        7       3       3
 22 000119
         M              D          20190117 019 20190117 190201        190205    20181202 20190205     19 190129     12        3       4       4
 65 000444
         E              E          20190124 024 20190124 190201        190207    20181025 20190207     14 190131      7        1       6       6
105 000222
         S              C          20190207 018 20190207 190219        190220    20190219 20190220     13 190214      7        5       1       1
  1 000242
         A              A          20181217 001 20181217 190131        190201    20181219 20190201     46 190122     36        9       1       1
 44 000113
         J              K          20190122 019 20190122 190201        190204    20181108 20190204     13 190128      6        4       3       3
 88 000155
         D              H          20181212 005 20181212 190130        190204    20190109 20190204     54 190128     47        2       5       5
 26 000358
         B              B          20190123 023 20190123 190213        190215    20070907 20190215     23 190204     12        9       2       2
4179 000346
         F              T          20180925 005 20180925 190201        190204    20190201 20190204    132 190128    125        4       3       3
  3 000004
         B              J          20190128 015 20190128 190221        190222    20180129 20190222     25 190219     22        2       1       1
389 000000
         S              J          20190204 021 20190204 190222        190225    20190129 20190225     21 190219     15        3       3       3
 27 000261
         M              B          20190114 023 20190114 190205        190206    20170305 20190206     23 190204     21        1       1       1
703 000278
         J              C          20181026 004 20181026 190219        190220    20181102 20190220    117 190213    110        6       1       1
110 000008
         R              M          20181011 001 20181011 190201        190204    20190118 20190204    116 190115     96       17       3       3
 17 000238
         E              J          20190208 004 20190208 190226        190228    20180927 20190228     20 190225     17        1       2       2
154 000239
         S              R          20181206 001 20181206 190131        190204    20190113 20190204     60 190115     40       16       4       4
 22 000089
         W              R          20190109 005 20190109 190220        190225    20190216 20190225     47 190220     42        0       5       5
  9 000089
         L              J          20190211 032 20190211 190226        190227    20190206 20190227     16 190222     11        4       1       1
 21 000132
         M              A          20190108 021 20190108 190205        190206    20180802 20190206     29 190130     22        6       1       1
188 000713
         R              S          20181023 005 20181023 190208        190211    20181009 20190211    111 190206    106        2       3       3
```

February 2019(Redacted)

```
 125 000045
        G             C         20190131 021 20190131 190215             190215    20190122 20190215    15 190211   11      4       0    0
  24 000137
        J             D         20190212 021 20190212 190222             190222    20181128 20190222    10 190220    8      2       0    0
  86 000714
        G             K         20190214 021 20190214 190228             190228    20181022 20190228    14 190225   11      3       0    0
 129 000082
        H             J         20190131 015 20190131 190215             190215    20171107 20190215    15 190211   11      4       0    0
 465 000556
        A             C         20190124 019 20190124 190206             190206    20181214 20190206    13 190201    8      5       0    0
  54 000168
        R             B         20190108 026 20190108 190204             190204    20170403 20190204    27 190115    7     20       0    0
 672 000124
        S             D         20181213 004 20181213 190201             190201    20180829 20190201    50 190116   34     16       0    0
 156 000008
        J             T         20190131 024 20190131 190206             190206    20181113 20190206     6 190206    6      0       0    0
  85 000121
        L             R         20190123 003 20190123 190219             190219    20190210 20190219    27 190211   19      8       0    0
   9 000109
        J             H         20190128 016 20190128 190206             190206    20190129 20190206     9 190201    4      5       0    0
   8 000701
        S             D         20190108 028 20190108 190204             190204    20180925 20190204    27 190130   22      5       0    0
 132 000835
        W             G         20180503 022 20180503 190228   20190212 190228    20191022 20190228   301 180601   29    272       0    0   16
-236 000139     345
        J             G         20190205 024 20190205 190207             190207    20151201 20190207     2 190207    2      0       0    0
1164 000005
        T             M         20181024 026 20181024 190211             190211    20190107 20190211   110 181218   55     55       0    0
  35 000002
        J             J         20190131 021 20190131 190220             190220    20180623 20190220    20 190211   11      9       0    0
 242 000175
        S             S         20190123 015 20190123 190227             190227    20180421 20190227    35 190222   30      5       0    0
 312 000338
        M             F         20190109 001 20190109 190204             190204    20181001 20190204    26 190128   19      7       0    0
 126 000105
        T             D         20190204 022 20190204 190215             190215    20190124 20190215    11 190211    7      4       0    0
  22 000266
        P             P         20181213 034 20181213 190215             190215    20190118 20190215    64 190211   60      4       0    0
  28 000091
        A             C         20190125 111 20190125 190201             190201    20190124 20190201     7 190128    3      4       0    0
   8 000012
        B             T         20190204 019 20190204 190215             190215    20180711 20190215    11 190208    4      7       0    0
 219 000354
        N             R         20190206 019 20190206 190214             190214    20190128 20190214     8 190211    5      3       0    0
  17 000391
        B             S         20190128 021 20190128 190214             190214    20180907 20190214    17 190211   14      3       0    0
 160 000271
        L             K         20190128 021 20190128 190214             190214    20180909 20190214    17 190211   14      3       0    0
 158 000396
        D             L         20181114 024 20181114 190214             190214    20190125 20190214    92 190212   90      2       0    0
  20 000118
        B             R         20190208 024 20190208 190213             190213    20181010 20190213     5 190212    4      1       0    0
```

February 2019(Redacted)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 000247 | | | | | | | | | | | |
| W | D | 20190117 | 111 | 20190117 | 190208 | 190208 | 20181113 20190208 | 22 190207 | 21 | 1 | 0 | 0 |
| 87 000260 | | | | | | | | | | | |
| G | R | 20190123 | 015 | 20190123 | 190213 | 190213 | 20170406 20190213 | 21 190216 | 24 | -3 | 0 | 0 |
| 678 000136 | | | | | | | | | | | |
| S | J | 20190107 | 021 | 20190107 | 190204 | 190204 | 20180808 20190204 | 28 190129 | 22 | 6 | 0 | 0 |
| 180 000231 | | | | | | | | | | | |
| G | F | 20190117 | 015 | 20190117 | 190201 | 190201 | 20181011 20190201 | 15 190129 | 12 | 3 | 0 | 0 |
| 113 000161 | | | | | | | | | | | |
| T | S | 20190114 | 022 | 20190114 | 190204 | 190204 | 20171201 20190204 | 21 190130 | 16 | 5 | 0 | 0 |
| 430 000058 | | | | | | | | | | | |
| B | R | 20190109 | 012 | 20190109 | 190204 | 190204 | 20190204 20190204 | 26 190125 | 16 | 10 | 0 | 0 |
| 0 000133 | | | | | | | | | | | |
| G | B | 20190211 | 021 | 20190211 | 190222 | 190222 | 20190123 20190222 | 11 190219 | 8 | 3 | 0 | 0 |
| 30 000146 | | | | | | | | | | | |
| J | C | 20190118 | 021 | 20190118 | 190225 | 190225 | 20181202 20190225 | 38 190211 | 24 | 14 | 0 | 0 |
| 85 000429 | | | | | | | | | | | |
| S | J | 20190123 | 023 | 20190123 | 190207 | 190207 | 20180702 20190207 | 15 190204 | 12 | 3 | 0 | 0 |
| 220 000614 | | | | | | | | | | | |
| D | E | 20181128 | 023 | 20181128 | 190204 | 190204 | 20181020 20190204 | 68 190201 | 65 | 3 | 0 | 0 |
| 107 000151 | | | | | | | | | | | |
| C | J | 20190109 | 014 | 20190109 | 190205 | 190205 | 20181012 20190205 | 27 190130 | 21 | 6 | 0 | 0 |
| 116 000104 | | | | | | | | | | | |
| H | A | 20190117 | 006 | 20190117 | 190215 | 190215 | 20181003 20190215 | 29 190208 | 22 | 7 | 0 | 0 |
| 135 000162 | | | | | | | | | | | |
| D | J | 20190205 | 016 | 20190205 | 190225 | 190225 | 20181001 20190225 | 20 190220 | 15 | 5 | 0 | 0 |
| 147 000509 | | | | | | | | | | | |
| M | J | 20190213 | 004 | 20190213 | 190215 | 190215 | 20181204 20190215 | 2 190214 | 1 | 1 | 0 | 0 |
| 73 000272 | | | | | | | | | | | |
| B | O | 20180906 | 019 | 20180906 | 190204 | 190204 | 20180626 20190204 | 151 190201 | 148 | 3 | 0 | 0 |
| 223 000346 | | | | | | | | | | | |
| C | E | 20190103 | 014 | 20190103 | 190206 | 190206 | 20181206 20190206 | 34 190130 | 27 | 7 | 0 | 0 |
| 62 000155 | | | | | | | | | | | |
| F | Q | 20190129 | 019 | 20190129 | 190208 | 190208 | 20180518 20190208 | 10 190204 | 6 | 4 | 0 | 0 |
| 266 000350 | | | | | | | | | | | |
| S | D | 20190114 | 023 | 20190114 | 190215 | 190215 | 20181104 20190215 | 32 190122 | 8 | 24 | 0 | 0 |
| 103 000078 | | | | | | | | | | | |
| C | E | 20190108 | 001 | 20190108 | 190211 | 190211 | 20190208 20190211 | 34 190128 | 20 | 14 | 0 | 0 |
| 3 000096 | | | | | | | | | | | |
| L | T | 20181219 | 014 | 20181219 | 190205 | 190205 | 20190121 20190205 | 48 190130 | 42 | 6 | 0 | 0 |
| 15 000094 | | | | | | | | | | | |
| S | J | 20190110 | 001 | 20190110 | 190206 | 190206 | 20180910 20190206 | 27 190131 | 21 | 6 | 0 | 0 |
| 149 000250 | | | | | | | | | | | |
| N | N | 20181003 | 005 | 20181003 | 190221 | 190221 | 20190108 20190221 | 141 190205 | 125 | 16 | 0 | 0 |
| 44 000141 | | | | | | | | | | | |
| D | C | 20190115 | 003 | 20190115 | 190213 | 190213 | 20190117 20190213 | 29 190204 | 20 | 9 | 0 | 0 |
| 27 000145 | | | | | | | | | | | |
| L | M | 20190214 | 019 | 20190214 | 190227 | 190227 | 20170825 20190227 | 13 190221 | 7 | 6 | 0 | 0 |
| 551 000906 | | | | | | | | | | | |
| R | M | 20190124 | 015 | 20190124 | 190207 | 190207 | 20180209 20190207 | 14 190104 | -20 | 34 | 0 | 0 |
| 363 000360 | | | | | | | | | | | |
| J | C | 20190123 | 009 | 20190123 | 190213 | 190213 | 20181201 20190213 | 21 190208 | 16 | 5 | 0 | 0 |

Page 8

February 2019(Redacted)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 000181 | | | | | | | | | | | | | |
| H | | A | 20181220 013 20181220 190211 | | 190211 | 20181206 20190211 | 53 190129 | 40 | 13 | 0 | 0 | | |
| 67 000242 | | | | | | | | | | | | | |
| K | | A | 20190206 009 20190206 190215 | | 190215 | 20180917 20190215 | 9 190212 | 6 | 3 | 0 | 0 | | |
| 151 000268 | | | | | | | | | | | | | |
| D | | S | 20190108 026 20190108 190204 | | 190204 | 20190109 20190204 | 27 190115 | 7 | 20 | 0 | 0 | | |
| 26 000003 | | | | | | | | | | | | | |
| D | | J | 20190131 016 20190131 190222 | | 190222 | 20181227 20190222 | 22 190221 | 21 | 1 | 0 | 0 | | |
| 57 000163 | | | | | | | | | | | | | |
| M | | B | 20190129 023 20190129 190207 | | 190207 | 20190125 20190207 | 9 190204 | 6 | 3 | 0 | 0 | | |
| 13 002195 | | | | | | | | | | | | | |
| W | | J | 20181211 009 20181211 190212 | | 190212 | 20180809 20190212 | 63 190205 | 56 | 7 | 0 | 0 | | |
| 187 000430 | | | | | | | | | | | | | |
| D | | D | 20190103 019 20190103 190211 | | 190211 | 20181023 20190211 | 39 190103 | 0 | 39 | 0 | 0 | | |
| 111 000139 | | | | | | | | | | | | | |
| R | | H | 20190201 111 20190201 190206 | | 190206 | 20180803 20190206 | 5 190205 | 4 | 1 | 0 | 0 | | |
| 187 000625 | | | | | | | | | | | | | |
| E | | S | 20190110 020 20190110 190227 | | 190227 | 20180228 20190227 | 48 190222 | 43 | 5 | 0 | 0 | | |
| 364 000323 | | | | | | | | | | | | | |
| B | | K | 20190207 021 20190207 190222 | | 190222 | 20190115 20190222 | 15 190219 | 12 | 3 | 0 | 0 | | |
| 38 000150 | | | | | | | | | | | | | |
| F | | E | 20190117 015 20190117 190211 | | 190211 | 20181216 20190211 | 25 190205 | 19 | 6 | 0 | 0 | | |
| 57 000159 | | | | | | | | | | | | | |
| B | | D | 20190115 006 20190115 190221 | | 190221 | 20050319 20190221 | 37 190208 | 24 | 13 | 0 | 0 | | |
| 5087 005809 | | | | | | | | | | | | | |
| L | | A | 20190201 111 20190201 190207 | | 190207 | 20190124 20190207 | 6 190205 | 4 | 2 | 0 | 0 | | |
| 14 000111 | | | | | | | | | | | | | |
| B | | D | 20190128 021 20190128 190212 | | 190212 | 20190212 20190212 | 15 190207 | 10 | 5 | 0 | 0 | | |
| 0 000112 | | | | | | | | | | | | | |
| T | | L | 20181129 015 20181129 190214 | | 190214 | 20181227 20190214 | 77 190118 | 50 | 27 | 0 | 0 | | |
| 49 000000 | | | | | | | | | | | | | |
| B | | S | 20190212 111 20190211 190221 | | 190221 | 20160707 20190221 | 10 190221 | 9 | 0 | 0 | 0 | | |
| 959 001330 | | | | | | | | | | | | | |
| J | | D | 20181218 001 20181218 190211 | 20190205 190211 | | 20190207 20190211 | 55 190122 | 35 | 20 | 0 | 0 | 6 | |
| 4 000076 | 120 | | | | | | | | | | | | |
| W | | D | 20190207 029 20190207 190228 | | 190228 | 20190118 20190228 | 21 190225 | 18 | 3 | 0 | 0 | | |
| 41 000147 | | | | | | | | | | | | | |
| D | | C | 20190123 022 20190123 190207 | | 190207 | 20190127 20190207 | 15 190204 | 12 | 3 | 0 | 0 | | |
| 11 000123 | | | | | | | | | | | | | |
| A | | D | 20190108 009 20190108 190211 | | 190211 | 20181009 20190211 | 34 190205 | 28 | 6 | 0 | 0 | | |
| 125 000068 | | | | | | | | | | | | | |
| T | | A | 20190201 024 20190201 190211 | | 190211 | 20190127 20190211 | 10 190206 | 5 | 5 | 0 | 0 | | |
| 15 000015 | | | | | | | | | | | | | |
| P | | R | 20190221 024 20190221 190228 | | 190228 | 20190226 20190228 | 7 190227 | 6 | 1 | 0 | 0 | | |
| 2 000121 | | | | | | | | | | | | | |
| P | | B | 20190131 014 20190131 190225 | | 190225 | 20180416 20190225 | 25 190221 | 21 | 4 | 0 | 0 | | |
| 315 000438 | | | | | | | | | | | | | |
| B | | R | 20190129 026 20190129 190211 | | 190211 | 20190208 20190211 | 13 190206 | 8 | 5 | 0 | 0 | | |
| 3 000117 | | | | | | | | | | | | | |
| J | | D | 20190122 016 20190122 190207 | | 190207 | 20181028 20190207 | 16 190204 | 13 | 3 | 0 | 0 | | |
| 102 000341 | | | | | | | | | | | | | |
| H | | M | 20190205 014 20190205 190227 | | 190227 | 20190227 20190227 | 22 190225 | 20 | 2 | 0 | 0 | | |

February 2019(Redacted)

0 000104

GRAND-TOTAL   -
         days    over    - AVERAGE =  44.688311688