# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Brian Humphrey *et al.*, | No. 3:20-cv-233 - JWD-SDJ |
| Plaintiffs, | Hon. John W. deGravelles, District Judge |
| v. | |
| James LeBlanc, | Hon. Scott D. Johnson, Magistrate Judge |
| Defendant. | |

## MOTION TO WITHDRAW

NOW COMES Plaintiffs, by and through their attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney John Hazinski as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1. Mr. Hazinski has concluded his employment at Loevy & Loevy, the firm representing Plaintiffs.

2. Plaintiffs will continue to be represented by Michael Kanovitz, Sarah Grady, and Stephen Weil of Loevy & Loevy, Mercedes Montagnes, Rebecca Ramaswamy, Jamila Johnson, and Nishi Kumar of The Promise of Justice Initiative and William Most of the Law Office of William Most, L.L.C.

3. No party will be prejudiced if Mr. Hazinski is permitted to withdraw his appearance in this matter.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting him to withdraw his appearance as counsel in this matter.

Dated: November 18, 2021                                  Respectfully submitted,

                                                          */s/ John Hazinski*
                                                          John Hazinski
Mercedes Montagnes                                        Michael Kanovitz
Rebecca Ramaswamy                                         Sarah Grady
Jamila Johnson                                            Stephen Weil
Nishi Kumar                                               Loevy & Loevy
The Promise of Justice Initiative                         311 N. Aberdeen, 3rd FL
1024 Elysian Fields Avenue                                Chicago, IL 60607
New Orleans, LA 70117                                     (312) 243-5900
(504) 529-5955                                            Email: jhazinski@loevy.com

William Most
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
(504) 509-5023


                                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, John Hazinski, an attorney, hereby certify that on November 18, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ John Hazinski*