IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Brian Humphrey**, on behalf of themselves and all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> **James LeBlanc**, <br><br> Defendant. | No. 3:20-cv-233-JWD-SDJ <br><br> Hon. John W. deGravelles, District Judge <br><br> Hon. Scott D. Johnson, Magistrate Judge |

## [Proposed] Order

The Court hereby grants Plaintiffs' Motion to Withdraw.


Dated: _____            _____
                                     United States District Court Judge