**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOEL GIROIR, on behalf of himself** | \* | **CIVIL ACTION** |
| **and all similarly situated individuals,** | \* | |
| | \* | **NO.: 3:21-cv-00108-JWD-SDJ** |
| **VERSUS** | \* | |
| | \* | **JUDGE:** |
| **JAMES LEBLANC, in his official capacity** | \* | **JOHN W. deGRAVELLES** |
| **as Secretary of the Louisiana Department** | \* | |
| **of Public Safety & Corrections** | \* | **MAGISTRATE JUDGE:** |
| | \* | **SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSES TO PLAINTIFF'S FIRST SET OF**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW INTO COURT, through undersigned counsel, comes defendants, James LeBlanc and the Louisiana Department of Corrections (DPS&C) (collectedly referred herein as "Defendants"), who respond to plaintiff's first set of requests for production of documents as follows:

**GENERAL OBJECTIONS & COMMENTS**

These objections apply to each and every response to the requests herein. All information provided in these responses is made without waiver of and subject to these objections:

1. Defendants object to the requests to the extent they are vague, unclear, ambiguous, and/or confusing, especially those that use undefined terms.

2. Defendants object to the discovery requests to the extent they seek documents or information that are already in the possession or control of the plaintiff or plaintiff's counsel, or that are equally available to the plaintiff as they are to Defendant.

3. Defendants object to any purported statement of facts or implications regarding those facts or characterizations of the facts, events, circumstances or issues in this litigation as described in the requests. Any response by Defendants is not intended to indicate agreement with any alleged factual statements by plaintiff.

4. Defendants reserve the right to supplement any responses herein as additional facts, documents and other information are obtained through discovery.

**EXHIBIT 2**

<u>REQUEST FOR PRODUCTION NO. 1</u>: All documents you may use at the trial of this matter to support any defense.

**<u>RESPONSE</u>: Objection. This request is premature in that discovery has just begun. Defendants are not in a position to determine what documents will be used at trial. Defendant swill identify trial exhibits in accordance with the Scheduling Order issued in this matter.**

<u>REQUEST FOR PRODUCTION NO. 2</u>: All Documents, including any physical evidence, that relate to, support, and/or rebut any of the allegations or claims in Plaintiff's Complaint, including documents you rely upon to support any Answer or Affirmative Defense.

**<u>RESPONSE</u>: Objection. This request is vague, ambiguous, overbroad and unduly burdensome, and calls for legal analysis and/or conclusion. This request is not narrowly tailored to lead to the discovery of admissible evidence, and instead requests any document that relates to, supports or rebuts any allegation in plaintiff's complaint (which contains 108 paragraphs). The request is so vague and overbroad, Defendant cannot respond as written.**

**Reserving those objections, see discovery responses and documents produced in the *Humphrey* matter.**

<u>REQUEST FOR PRODUCTION NO. 3</u>: All Documents that relate to any of your responses to Plaintiff's Interrogatories or Requests to Admit in this case, including all Documents that you referred to in formulating your responses to said discovery.

**<u>RESPONSE</u>: Objection. This request is vague, ambiguous, overbroad and unduly burdensome, and calls for legal analysis and/or conclusion. Notwithstanding those objections, see attached documents.**

<u>REQUEST FOR PRODUCTION NO. 4</u>: All physical evidence relating to any of the allegations in Plaintiff's Complaint or Defendants' defenses thereto. This Request includes, but is not limited to, any photographs, text messages, memory cards, or video or audio recordings.

**<u>RESPONSE</u>: Objection. This request is vague, ambiguous, overbroad and unduly burdensome, and calls for legal analysis and/or conclusion. This request is not narrowly tailored to lead to the discovery of admissible evidence, and instead requests any document that relates to rebuts any allegation in plaintiff's complaint (which contains 108 paragraphs). The request is so vague and overbroad, Defendant cannot respond as written.**

**Reserving those objections, see attached documents and discovery responses and documents produced in the *Humphrey* matter.**

<u>REQUEST FOR PRODUCTION NO. 5</u>: All Documents obtained from third parties regarding Plaintiff, witnesses involved in this litigation, and/or the allegations in Plaintiff's Complaint, via subpoena or otherwise.

**RESPONSE: Defendants object to this request as vague and overbroad. Notwithstanding those objections, no such documents exist.**

REQUEST FOR PRODUCTION NO. 6: All documents and communications relating to Plaintiff.

**RESPONSE: Objection. This request is overbroad, vague and unduly burdensome. To the extent this request seeks communications between Defendants and their counsel it is an impermissible inquiry into matters protected by the attorney-client and work product privileges. Subject to his general and specific objections, see attached documents. For email communications, see attached documents bates labeled Giroir Emails 1-100. These emails were obtained through a search of the mailboxes of Joseph Bordelon and Jessica Smith from January 26, 2021 through February 25, 2021.**

REQUEST FOR PRODUCTION NO. 7: All documents contained in or that comprise Plaintiff's "Pre-classification package" or "Master Prison Record."

**RESPONSE: Objection. This request is vague, overbroad and unduly burdensome. Reserving those objections, see attached documents, bates labeled 00113-00181.**

REQUEST FOR PRODUCTION NO. 8: All documents referred to or used to calculate Plaintiff's sentence.

**RESPONSE: Objection is made as the request is vague and ambiguous. Further objection is made to the extent the request calls for a legal conclusion. Notwithstanding those objections, attached documents, bates labeled 00001-00181, and any policies previously produced in the *Humphrey* matter regarding release procedures.**

REQUEST FOR PRODUCTION NO. 9: All documents regarding Plaintiff from the DOC Classification Department.

**RESPONSE: Objection. This request is vague, overbroad and unduly burdensome. Reserving those objections, see attached documents bates labeled 00001-00181.**

REQUEST FOR PRODUCTION NO. 10: Documents sufficient to show which individuals were involved in calculating Plaintiff's release date, and the nature of each such individual's involvement.

**RESPONSE: Objection. This request is vague, overbroad and unduly burdensome. Reserving those objections, see attached documents, bates labeled 00001-00181.**

REQUEST FOR PRODUCTION NO. 11: All documents that are ARPs and ARP responses for Plaintiff.

**RESPONSE**: **Objection. This request is vague and ambiguous, as no time period is provided. Reserving those objections, defendant is not in possession of any ARP filed by plaintiff during the relevant time period.**

REQUEST FOR PRODUCTION NO. 12: All documents necessary to calculate Plaintiff's release date.

**RESPONSE**: **Objection. This request is duplicative of Request No. 8. See response to Request No. 8, which is incorporated herein.**

REQUEST FOR PRODUCTION NO. 13: All policies necessary to calculate Plaintiff's release date.

**RESPONSE**: **Objection. This request is vague, ambiguous and overbroad. Further objection is made to the extent the request calls for a legal conclusion. Notwithstanding those objections, see documents previously produced in the *Humphrey* matter related to time calculation.**

REQUEST FOR PRODUCTION NO. 14: All communications referring to Plaintiff by name or DOC number.

**RESPONSE**: **Objection. This request is duplicative of Request No. 6. See response to Request No. 6, which is incorporated herein.**

REQUEST FOR PRODUCTION NO. 15: All receipts or tracking information for documents used to calculate Plaintiff's release date.

**RESPONSE**: **Objection. This request is vague, overbroad and unduly burdensome. Reserving those objections, see the attached documents, bates labeled 00001-00181.**

REQUEST FOR PRODUCTION NO. 16: All communications Secretary LeBlanc or the DOC has sent to the United States Department of Justice since January 1, 2020 relating in any manner to the Department of Justice's examination of the DOC's policies and practices for ensuring the timely release of state prisoners in the custody of the DOC.

**RESPONSE**: **Objection. This request is overbroad, unduly burdensome and not calculated to lead to the discovery of admissible evidence. In addition, this request seeks information protected by the attorney-client privilege. Further, this request seeks confidential information relating to an ongoing investigation.**

REQUEST FOR PRODUCTION NO. 17: Identify and produce all documents which you will use in this case, for any reason, including, but not limited to, questioning witnesses at depositions, impeaching witnesses at trial or in depositions, using as exhibits in depositions, hearings, or at trial, refreshing recollections at trial or in depositions, or for any other purpose including but not limited to motion practice.

**RESPONSE**: **Objection. This request is premature. Defendants are not in a position to determine what documents will be used at trial, in depositions or motion practice. Reserving those objections, Defendants may rely on any document produced in the *Humphrey* matter, as well as the attached documents, bates labeled 00001-00181.**

Respectfully submitted,

JEFF LANDRY
Attorney General

By:    /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2021, a copy of the foregoing was this date electronically sent to all counsel of record by electronic mail only.

/s/ Andrew Blanchfield
Andrew Blanchfield