UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-0233<br><br>JUDGE JOHN W. DeGRAVELLES<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION**

Plaintiffs, through their undersigned counsel, respectfully move the Court for an extension of time to file their motion for class certification. Plaintiffs have consulted with the defendants, who do not oppose the present motion. In support of their motion Plaintiffs state:

1. Plaintiffs' motion for class certification is due on June 10, 2022, with objections due on July 11, 2022, and a reply due on July 26, 2022. *See* ECF 67.

2. In the last several weeks, two unexpected events have occurred that have interfered with the undersigned counsel's preparation of the motion: members of the undersigned's household contracted COVID, which forced counsel to alternate between bed rest and quarantined childcare for well over a week. Additionally, there has been an unexpected departure of a principal attorney in counsel's practice group, which has caused continuing disruptions to counsel's litigation obligations.

3. In light of the foregoing, Plaintiff's counsel contacted counsel for the defendant and requested their agreement to a 21-day extension for the filing of Plaintiff's response. Defense counsel did not oppose the motion, and requested reciprocal extensions, to which Plaintiffs' counsel agreed.

WHEREFORE, Plaintiffs respectfully request that the briefing schedule for class certification be extended by three weeks, as follows:

- Plaintiffs' motion for class certification: July 1, 2022

- Defense response to motion for class certification: August 1, 2022

- Plaintiffs' reply regarding motion for class certification: August 16, 2022.

Dated:  June 10, 2022                                   Respectfully submitted,

                                                        */s/ Mercedes Montagnes*

Michael Kanovitz                                        Mercedes Montagnes, La. Bar No. 33287
Stephen Weil                                            Rebecca Ramaswamy, La. Bar No. 39524
Kelly Jo Popkin                                         Elena Malik, La. Bar No. 39662
Loevy & Loevy                                           Nishi Kumar, La. Bar No. 37415
311 N. Aberdeen, 3rd FL Chicago, IL                     The Promise of Justice Initiative
60607                                                   1024 Elysian Fields Avenue
Tel:  (312) 243-5900                                    New Orleans, LA 70117
Fax:  (312) 243-5902 Email:                             Telephone: (504) 529-5955
weil@loevy.com                                          Facsimile: (504) 595-8006
                                                        Email: mmontagnes@defendla.org

William Most
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101  New
Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com