UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-0233<br><br>JUDGE JOHN W. DeGRAVELLES<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION

Plaintiffs, through their undersigned counsel, respectfully move the Court for an extension of time to file their motion for class certification. Plaintiffs have previously sought, and have been granted, extensions for the filing of this motion. Since then, Plaintiffs have encountered unforeseen circumstances that are described below, and respectfully seek a further 21-day extension of the filing time from the Court.

Plaintiffs have consulted with the defendants, who do not oppose the present motion. In support of their motion Plaintiffs state:

1.      On June 10, 20022, Plaintiffs moved to extend the time to file their motion for class certification, to July 1, 2022. ECF 94, 95. In seeking the previous extension, Plaintiffs explained that, among other things, the unexpected departure of a principal attorney in counsel's practice group had disrupted counsel's normal litigation obligations. *See* ECF 94 ¶ 2.

2.      The disruption created by that departure has been greater than counsel anticipated at the time of the June 10 motion. Counsel's firm, Loevy & Loevy, had taken lead responsibility for drafting the class certification motion in this case. The firm is normally able to ensure that departures of attorneys do not significantly impact the firm's litigation obligations, by shifting

resources in advance.  In this case, however, the departing attorney was the principal attorney in counsel's prisoner rights practice group, and the departure was both unanticipated and immediate.  Lacking an opportunity to plan for the departure has left counsel's firm with a temporary, but significant, resource problem.  The firm's prisoner rights practice has a large portfolio of cases, and while the firm immediately began to shift resources to address the attorney's departure, the undersigned counsel, as the only counsel with developed knowledge all the cases handled by the practice group, has been forced to take over numerous additional litigation obligations over the past month.  In addition, the departure has led to a greater than anticipated administrative disruption, as counsel manages the locating of case files, oversees changes to case staffing, and the like.  Counsel have worked overtime to meet their litigation obligations in a timely manner, but the full impact of these disruptions, which were not anticipated in the days after the departure, has made meeting the present briefing deadline impossible.

3.    It is not counsel's normal practice to seek multiple extensions for court deadlines, and counsel recognize that their present request introduces unwanted delay in the resolution of the question of class certification in this case.  Counsel respectfully submit, however, that the foregoing constitute good cause for the granting of a 21-day extension in this case.

WHEREFORE, Plaintiffs respectfully request that the briefing schedule for class certification be extended by three weeks, as follows:

- Plaintiffs' motion for class certification: July 21, 2022
- Defense response to motion for class certification: August 22, 2022
- Plaintiffs' reply regarding motion for class certification: September 6, 2022.

Dated:  June 27, 2022

/s/ *Nishi Kumar*

Mercedes Montagnes, La. Bar No. 33287
Rebecca Ramaswamy, La. Bar No. 39524
Elena Malik, La. Bar No. 39662
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

William Most
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

Respectfully submitted,

/s/ *Stephen H. Weil*

Michael Kanovitz
Stephen Weil
Kelly Jo Popkin
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
Tel:  (312) 243-5900
Fax:  (312) 243-5902
Email: weil@loevy.com

3