

# Interactive Sentencing Workshop

LJC Fall Judges Conference
Sunday October 6, 2019

Judge John LeBlanc, 17th JDC
Judge Jules Edwards, 15th JDC
Jonathan Vining, DOC
Jennifer Eagan, LASC
Russell Cortazzo, LASC

EXHIBIT 1-D



Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

# Agenda

Segment I:  UCO Review; Form Completion

*Judge John LeBlanc, Russell Cortazzo*


Segment II: Crafting a Sentence with Desired Outcomes

*Judge Jules Edwards, Jonathan Vining*


Segment III:  Info/Question/Answer Probation Protocol

*Judge Edwards, Judge Leblanc*


Segment IV:  Mishmash of Other Sentencing Information

*Judge Edwards, Judge Leblanc, Jonathan Vining, Jennifer Eagan, Russell Cortazzo*



Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson    Chief Justice
John Tarlton Olivier    Clerk of Court
Sandra A. Vujnovich    Judicial Administrator

# Segment I:  UCO Review;
##                    Form Completion

2019 Changes Include

- Font size increased
- Instruction clarifications
- Revocation (section B)
- Habitual Offender (section B)
- Referral E-mail addresses (section E)

C.Cr.P. Art. 892. After commitment to DOC

- Sheriff provides - Post-Sentence Statement
- Clerk provides - Indictment & UCO

Notes

- Auto-Generation and Print Available
- Minutes not required or desired by DOC

---

**State of Louisiana Uniform Sentencing Commitment Order**  (One order per Docket)

| Judicial District: | | Court Section: | |
| Parish of Commitment: | | Docket Number: | |

**A. DEFENDANT/CASE IDENTIFIERS**

| Name of Defendant: [1] | | DOB: [2] (MM/DD/YYYY) | |
| State ID Number (SID) [3] | | Race: [4] | | Sex: [5] | |

**B. SENTENCE**

Select: [1] ___ Original ___ Amended ___ Revocation ___ Habitual (Docket # _____ ; Charge _____ )

| Charges: (Revised Statute & Crime) [2] | Number of Counts [3] | Verdict/ G Plea/ Nolo/NP [4] | Modifiers [5] | Total Sentence Length [6] YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody [7] YRS/MONTHS/DAYS | Amount of time to be served without benefit, if applicable [8] |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

**C.  SENTENCE/OFFENSE DATES (MM/DD/YYYY):**
(For each of the above numerated convictions)

| Offense Date [1] | Adjudication Date [2] | Sentence Date [3] | Adjudication as an Habitual Offender per R.S. 15:529.1 [4] | Date Original Sentence Vacated [5] | Revocation Date [6] |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

**D.  SENTENCE CONDITIONS:** (Check all that apply)

| ___ YES ___ NO | This sentence shall be concurrent with any or every sentence the offender is now serving. [1] | |
|---|---|---|
| If no to D.1, then | Docket Number(s) | Parish(es), Judicial District(s) of Docket Number(s) |
| ___ Concurrent with: [2] | | |
| ___ Consecutive to: [3] | | |

| Under the provision of C.Cr.P. Art. 880, defendant is given credit for time served. [4] |
| Under the provisions of C.Cr.P. Art. 890.1, this is a waiver of mandatory minimum sentence (excludes R.S. 14:2(B) & R.S. 15:541 et seq offenses) [5] |
| This defendant is subject to a multiple bill/habitual offender proceeding. (as per R.S. 15:529.1) [6] |
| The defendant is sentenced in accordance with R.S. 13:5401 to participate in Reentry Court [7] |
| The defendant is ordered to report to start serving his sentence on : _____ (MM/DD/YYYY) [8] |
| The defendant is ordered to report to start serving a probation sentence upon conclusion of his hard labor sentence (split sentence) [9] |
| Under the provisions of C.Cr.P. Art. 895 and R.S. 15:541, et seq, the defendant shall comply with the Sex Offender Registration statute. [10] |

**E. REFERRALS TO DPS&C**  (Check all that apply)  (See Instructions for More Information on these options.)

| Recommended for Substance Use Disorder Treatment Screening [1] Copy by email to: mentalhealth@doc.la.gov |
| Recommended for Mental Health Evaluation [2]  Copy by email to: mentalhealth@doc.la.gov |
| Recommended for Intensive Incarceration [3]  Copy by email to: Intensiveincarceration@doc.la.gov |
| Recommended for Immediate Screening for eligibility for Transitional Work Program [4] Copy by email to twprecommendations@doc.la.gov |

Comment: [5]

**F.  INVOLVED PARTIES (Printed Names and Addresses)**

| Minute Clerk: | | Court Reporter: | |
| Prosecutor: | | Defense Attorney: | |
| Address: | | Address: | |

The above sentence, handed down in Open Court, is the order of this Court and shall be sufficient warrant for its execution.
**Thus Done and Signed this ___ day of _____, 20__ .**

| | Judge's Name and Address: |
| _____ Judge's Signature | |



# 19 Cases Remanded for UCO Correction (2019 YTD)

Recording Issues

- Incorrectly recorded parole/benefits restriction
- Incorrectly recorded self-help program recommendation
- Incorrectly recorded sentence and dates
- Incorrectly recorded dismissed charges
- Incorrectly recorded habitual offender adjudication

Other Issues

- UCO correct but did not match transcript
- UCO submitted even though sentence not pronounced
- UCO not submitted
- UCO did not specify C.Cr.P. art. 890.1 departure from minimum sentencing



Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# State v. Johnson, 5th Cir., Sept 4, 2019

- <u>'Parole' restriction not recorded as per transcript</u>



Remanded to correct missing 'parole' restriction

The sentencing transcript reflects that defendant was resentenced to serve an enhanced sentence of sixty-six years at hard labor without the benefit of parole, probation, or suspension of sentence. The transcript prevails. *See State v. Lynch*, 441 So.2d 732, 734 (La. 1983).

Here, the amended UCO incorrectly reflects that defendant's enhanced sentence on count two is to be served without benefit of probation or suspension of sentence., Further, it is noted that the sentencing minute entry does not reflect any restrictions of benefits regarding defendant's enhanced sentence.

Amended UCO with missing 'parole' restriction (incorrect)

| B. ADJUDICATION/SENTENCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Select:(1) ☐ Original    ☒ Amended    ☐ Habitual | | | | | | | |
| Charges: {Revised Statute & Offense} (2) | Number of Counts(3) | Verdict/ Plea/NP (4) | Modifiers (5) | Total Sentence Length(6) YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody (7) YRS/MONTHS/DAYS | Amount of Time to be served without benefit, if applicable. (8) | |
| 1 Ct 1 | 14:108.1 AGGRAVATED FLIGHT | 1 | Dismissed | | 0 yr/ 0 m/ 0 d | 0 yr/ 0 m/ 0 d | |
| 2 Ct 4 | 14:64 ARMED ROBBERY | 1 | Found Guilty | | 66 yr/ 0 m/ 0 d | 66 yr/ 0 m/ 0 d | 66 yr/ |
| 3 Ct 3 | 14:64 ARMED ROBBERY | 1 | Found Guilty | | 49 yr/ 6 m/ 0 d | 49 yr/ 6 m/ 0 d | |
| 4 Ct 2 | 14:64 ARMED ROBBERY | 1 | Dismissed | | 0 yr/ 0 m/ 0 d | 0 yr/ 0 m/ 0 d | |

| E. REFERRALS TO DPS&C: | |
|---|---|
| (Mark all that apply) | |
| ☐ | Recommended for Substance Use Disorder Treatment Screening (1) |
| ☐ | Recommended for Mental Health Evaluation (2) |
| ☐ | Recommended for Intensive Incarceration (3) |
| ☐ | Recommended for Immediate Screening for Eligibility for Transitional Work Program Assignment (4) |
| Comments: (5) The Sentence as to count 2 is to be served without benefit of probation or suspension of sentence. | |

*Note: Original Sentence in 2001 so no Original UCO. Corrected Amended UCO not yet available.*

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Case 3:20-cv-00233-JWD-SDJ    Document 113-7    08/22/22    Page 6 of 44

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# State v. Johnson, 5th Cir., Sept 4, 2019

- <u>Incorrectly recorded 'Dates'</u>

Remanded to correct
Incorrect Disposition Dates

Additionally, the amended UCO incorrectly reflects the disposition date of counts one, three, and four as April 4, 2001, which is the date that defendant was previously adjudicated as a multiple offender. Counts one and four were dismissed by the State on February 12, 2001. Defendant was convicted on count three on February 6, 2001.

Count:

-Dismissed Feb 12, 2001

-Convicted Feb 6, 2001

-Convicted Feb 6, 2001

-Dismissed Feb 12, 2001

*Note:*

*Original Sentence - April 4, 2001*
*Resentenced (Count 2 only) - October 11, 2018*

| | | C. SENTENCE/OFFENSE DATES (MM/DD/YYYY): (For each of the above numerated convictions) | | | | |
|---|---|---|---|---|---|---|
| | Offense Date [1] | Disposition Date [2] | Sentence Date [3] | Date sentenced as an Habitual Offender as per R.S. 15:529.1 [4] | Date Original Sentence Vacated [5] | Revocation Date [6] |
| 1<br>Ct 1 | 08/07/1999 | 04/04/2001 | | | | |
| 2<br>Ct 4 | 08/07/1999 | 04/04/2001 | 10/11/2018 | 10/11/2018 | 10/11/2018 | |
| 3<br>Ct 3 | 08/07/1999 | 04/04/2001 | 04/04/2001 | | | |
| 4<br>Ct 2 | 08/07/1999 | 04/04/2001 | | | | |

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# State v. Daniels, 5th Cir., 275 So.3d 380, June 11, 2019

- **Incorrectly recorded 'Offense Date' range**

Indictment with offense date range

late of the Parish of Jefferson, on or between February 5, 2016 and February 11th in the year of our Lord, Two Thousand Sixteen with force of arms, in the parish aforesaid, and within the jurisdiction of the Twenty-Fourth Judicial District Court of Louisiana, in and for the Parish aforesaid, violated La.R.S. 14:30.1 in that he did commit the second degree murder of a known juvenile (D.O.B. 1/24/2002),

Original UCO with only start date (incorrect)

| C. SENTENCE/OFFENSE DATES (MM/DD/YYYY): (For each of the above numerated convictions) | | | | | |
|---|---|---|---|---|---|
| Offense Date [1] | Adjudication Date [2] | Sentence Date [3] | Adjudication as an Habitual Offender per R.S. 15:529.1 [4] | Date Original Sentence Vacated [5] | Revocation Date[6] |
| 1 | 02/05/2016 | 11/17/2017 | 11/27/2017 | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

Corrected UCO with full date range (correct)

| C. SENTENCE/OFFENSE DATES (MM/DD/YYYY): (For each of the above numerated convictions) | | | | | |
|---|---|---|---|---|---|
| Offense Date [1] | Adjudication Date [2] | Sentence Date [3] | Adjudication as an Habitual Offender per R.S. 15:529.1 [4] | Date Original Sentence Vacated [5] | Revocation Date[6] |
| 1 | 02/05/2016-02/11/2016 | 11/17/2017 | 11/27/2017 | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

*Note: Other date fields only allow one date*



Hon. Bernette J. Johnson
**Chief Justice**
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

# State v. Carter, 5ᵗʰ Cir., No. 18-KA-541, May 29, 2019

- Incorrectly recorded self-help program recommendation

Minute entry with recommendations

The Court informed the Defendant that he has thirty (30) days from today's date to appeal this conviction, and two (2) years after judgement of conviction and sentence has become final to seek post-conviction relief.

The Court recommends any/all self help programs, drug treatment program(s), and/or re-entry program(s) that the Defendant may be eligible.

The Defendant was remanded to the Jefferson Parish Prison to await transport to a Department of Corrections facility.

Original UCO with no recommendations (incorrect)

**E. REFERRALS TO DPS&C:**
(Mark all that apply)

☐ Recommended for Substance Use Disorder Treatment Screening [1]
☐ Recommended for Mental Health Evaluation [2]
☐ Recommended for Intensive Incarceration [3]
☐ Recommended for Immediate Screening for Eligibility for Transitional Work Program Assignment [4]
Comments: [5]

Corrected UCO with recommendations (correct)

| **E. REFERRALS TO DPS&C**   (Check all that apply)   (See Instructions for More Information on these options.) |
|---|
| Recommended for Substance Use Disorder Treatment Screening [1] |
| Recommended for Mental Health Evaluation [2]  Copy by email to: mentalhealth@doc.la.gov |
| Recommended for Intensive Incarceration [3]  Copy by email to: IntensiveIncarceration@doc.la.gov |
| Recommended for Immediate Screening for eligibility for Transitional Work Program [4] Copy by email to twprecommendations@doc.la.gov |
| Comment: The court recommends any/all self help program(s), and/or re-entry program(s) that the Defendant may be eligible. |

*Note: DOC requests email notification*

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# State v. Ellis, 5th Cir., No. 18-KA-463, July 15, 2019

- Incorrectly recorded 'Sentence'

Minutes of sentencing hearing

The Defendant is sentenced to
life in prison on count 1 concurrently.
50 years on count 2 concurrently.
49 years, 6 months on count 3 concurrently.

Life of the sentence to be served without benefit of parole, probation, or suspension of sentence as to count 1 only. As to count (2) 50 years of the sentence is to be served without benefit of parole, probation or suspension of sentence. As to count (3) 49 years, 6 months of the sentence is to be served without benefit of parole, probation or suspension of sentence.

Original UCO with Life restrictions on benefits (incorrect)

**B. ADJUDICATION/SENTENCE**

Select: [1]  ☒ Original    ☐ Amended    ☐ Habitual

| Charges:<br>(Revised Statute & Offense) [2] | Number of Counts [3] | Verdict/<br>Plea/NP [4] | Modifiers [5] | Total Sentence Length [6]<br>YRS/MONTHS/DAYS | Amount of Time in<br>DPS&C Custody [7]<br>YRS/MONTHS/DAYS | Amount of Time to be<br>served without benefit,<br>if applicable. [8] |
|---|---|---|---|---|---|---|
| 1<br>Ct 1  14:30.1<br>MURDER/SECOND DEGREE (GRAND JURY<br>INDICTMENT "A TRUE BILL") | 1 | Found Guilty | | LIFE | LIFE | LIFE |
| 2<br>Ct 2  14:27:30.1<br>ATTEMPTED SECOND DEGREE MURDER (GRAND<br>JURY INDICTMENT "A TRUE BILL") | 1 | Found Guilty | | 50 yr/ 0 m/ 0 d | 50 yr/ 0 m/ 0 d | LIFE |
| 3<br>Ct 3  14:26:64<br>CONSPIRACY TO COMMIT ARMED ROBBERY<br>(GRAND JURY INDICTMENT "A TRUE BILL") | 1 | Found Guilty | | 49 yr/ 6 m/ 0 d | 49 yr/ 6 m/ 0 d | LIFE |

Corrected UCO with accurate restrictions on benefits (correct), but not an Amended Sentence

Select: [1]  ☐ Original  ☒ Amended  ☐ Revocation  ☐ Habitual (Docket # _____; Charge _____)

| Charges:<br>(Revised Statute & Crime) [2] | Number of Counts [3] | Verdict/<br>G Plea/<br>Nolo/NP [4] | Modifiers [5] | Total Sentence<br>Length [6]<br>YRS/MONTHS/DAYS | Amount of Time in<br>DPS&C Custody [7]<br>YRS/MONTHS/DAYS | Amount of time<br>to be served<br>without benefit,<br>if applicable [8] |
|---|---|---|---|---|---|---|
| 1  Ct 1  14:30.1 MURDER/SECOND DEGREE (GRAND JURY INDICTMENT "A TRUE | 1 | Found Guilty | | LIFE | LIFE | Life |
| 2  Ct 2  14:27:30.1 ATTEMPTED SECOND DEGREE MURDER (GRAND JURY INDI | 1 | Found Guilty | | 50 yr/ 0 m/ 0 d | 50 yr/ 0 m/ 0 d | 50 yr/ 0 m/ 0 d |
| 3  Ct 3  14:26:64 CONSPIRACY TO COMMIT ARMED ROBBERY (GRAND JURY IN | 1 | Found Guilty | | 49 yr/ 6 m/ 0 d | 49 yr/ 6 m/ 0 d | 49 yr/ 6 m/ 0 d |

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson    Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# State v. Jenkins, 5th Cir., No. 18-KA-645, April 3, 2019

- <u>Incorrectly recorded 'Habitual Offender' adjudication</u>

Habitual Offender UCO with bad dates (incorrect)

**B. ADJUDICATION/SENTENCE**

Select:[1]  ☐ Original    ☐ Amended    ☒ Habitual

| Charges: (Revised Statute & Offense)[2] | Number of Counts[3] | Verdict/ Plea/NP[4] | Modifiers[5] | Total Sentence Length[6] YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody[7] YRS/MONTHS/DAYS | Amount of Time to be served without benefit, if applicable.[8] |
|---|---|---|---|---|---|---|
| 1 | 15:529.1 MULTIPLE OFFENDER BILL (14:106 OBSCENITY) | 1 | Guilty | | 6yr/0m/0d | 6yr/0m/0d | |

**C. SENTENCE/OFFENSE DATES (MM/DD/YYYY):**
(For each of the above numerated convictions)

| Offense Date[1] | Disposition Date[2] | Sentence Date[3] | Date sentenced as an Habitual Offender as per R.S. 15:529.1[4] | Date Original Sentence Vacated[5] | Revocation Date[6] | |
|---|---|---|---|---|---|---|
| 1 | 10/27/2016 | 3/5/2018 | 3/5/2018 | 3/5/2018 | 3/5/2018 | |

Corrected Habitual Offender UCO with correct dates (correct)

**B. SENTENCE**

Select: [1]  ☐ Original  ☐ Amended  ☐ Revocation  ☒ Habitual (Docket # 16-6893  ; Charge 14:106  )

| Charges: (Revised Statute & Crime)[2] | Number of Counts[3] | Verdict/ G Plea/ Nolo/NP[4] | Modifiers[5] | Total Sentence Length[6] YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody[7] YRS/MONTHS/DAYS | Amount of time to be served without benefit, if applicable[8] |
|---|---|---|---|---|---|---|
| 1 | Ct 1  14:106 OBSCENITY | 1 | Guilty | | 6yr/0m/0d | 6yr/0m/0d | 6yr/0m/0d |
| 2 | | | | | | | |

**C. SENTENCE/OFFENSE DATES (MM/DD/YYYY):**
(For each of the above numerated convictions)

| Offense Date[1] | Adjudication Date[2] | Sentence Date[3] | Adjudication as an Habitual Offender per R.S. 15:529.1[4] | Date Original Sentence Vacated[5] | Revocation Date[6] |
|---|---|---|---|---|---|
| 1 | Ct 1  10/27/2016 | 01/03/2018 | 03/05/2018 | 03/08/2018 | 03/08/2018 | |
| 2 | | | | | | |



Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Case 3:20-cv-00233-JWD-SDJ     Document 113-7     08/22/22     Page 11 of 44

Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

# Segment II: Crafting a Sentence with Desired Outcomes

- Problem Sentencing Language
- Referral information, DOC website link, Eligibility Criteria
- Resources
- Computation Process to determine amount of custodial time for special program & alternative sentence instructions

**Louisiana Supreme Court**
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
*Chief Justice*

John Tarlton Olivier
*Clerk of Court*

Sandra A. Vujnovich
*Judicial Administrator*

## CREDIT FOR TIME SERVED
## La. C.Cr.P. Art. 880

**Example – Multiple Bills; Offender Pleads under one Bill**

*"Defendant is to receive all credit for time served from the date of arrest on Bill A (state date) and on Bill B (state date) until the date of sentencing."*

Louisiana Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# CREDIT FOR TIME SERVED
# La. C.Cr.P. Art. 880

**Example – Credit for Time in Treatment Program**

*"Defendant is to receive credit for time served from [specific date] until [specific date] that defendant participated in [the particular] treatment program."*

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

## CREDIT FOR TIME SERVED
## La. C.Cr.P. Art. 880

**Example – Credit for "Street Time"**

*"Defendant is to receive credit from January 1 through July1."*



## CONCURRENT/CONSECUTIVE SENTENCES
## La. C.Cr.P. Art. 883

**Concurrent with Every Sentence**

*"This sentence shall be concurrent with any or every sentence the offender is now serving."*



**Louisiana Supreme Court**
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

## CONCURRENT/CONSECUTIVE SENTENCES
## La. C.Cr.P. Art. 883

**New Conviction While On Parole**

*"The time imposed on the new charge may be served concurrently with the time remaining on the original sentence from the parole revocation."*



Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# SPLIT SENTENCES

- Some time in custody and some on probation.

- Computation issues arise when offender serves custodial time, released with good-time credit, then revoked while on parole

Example – Sentence is 10 & 5; Parolee is Revoked

*"I impose the remainder of the original sentence and make that executory with credit for time served."*



Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

## DPS&C OFFENDER PROGRAM REFERRAL INFORMATION AND ELIGIBILITY CRITERIA

**Referral Information:** http://doc.louisiana.gov/public-information/
- Public Information Page
- "Judicial" Heading
- "Offender Program Referral"

You will find offender eligibility criteria, UCO sentencing language, and email notification requirements to DOC for the following:

**Intensive Incarceration**       intensiveincarceration@doc.la.gov
**Reentry Court**       reentrycourt@doc.la.gov
**Transitional Work Program**       twprecommendations@doc.la.gov
**Mental Health & Substance Abuse**  mentalhealth@doc.la.gov



**Louisiana Supreme Court**
Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

## INTENSIVE INCARCERATION
## PROGRAM REFERRAL

**Example:** Referred by the court as a condition of probation, in accordance with La.C.Cr.P. art. 895, in felony cases

*"I hereby order the defendant to be committed to DPS&C to serve a sentence of not more than 12 months without diminution of sentence in the intensive incarceration program pursuant to LSA-R.S. 15:574.4.4."*


## INTENSIVE INCARCERATION PROGRAM REFERRAL

**Example:**     **After revocation for technical probation violation, language is not "revoked"**

*"The offender is found to be in violation of the technical conditions of probation.   He/She is referred for participation in DPS&C's Intensive Incarceration Program for 12 months."*

*(Or, the judge may indicate that the participation is "until completion of the program specified.")*

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

# INTENSIVE INCARCERATION PROGRAM REFERRAL

**Example:**      **Referred by a Drug Court  Probation Program – La. C.Cr.P. Art. 900**

*"I hereby order the defendant to be committed to the Department of Corrections to serve a sentence of not more than 12 months without diminution of sentence in the intensive incarceration program pursuant to LSA-R.S. 15:574.4.4."*



# ADDITIONAL SAMPLE SENTENCING LANGUAGE IN MATERIALS

**Act 389 Substance Abuse Probation Program Referral**

**Transitional Work Program Referral**

**Mental Health Evaluation Referral**

**Reentry Court Program Referral**



## OTHER RESOURCES, WEBSITES, PASSWORDS

**Louisiana District Judges Association**:  **www.ldja.net**
**Password:  DistrictJudges18!  (case sensitive)**

**Louisiana Judicial College**:   www.lajudicialcollege.org
**Password:  Judicial@123 (case sensitive)**

**Louisiana Supreme Court**   (www.lasc.org)
**No Password**

**Louisiana Department of Public Safety and Corrections**
www.doc.louisiana.gov/public-information
**No Password**

# How Much Time Does the Offender Actually Serve in Custody?

Jonathan Vining   DPS&C Computation

Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

Louisiana
Supreme Court

400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

# Segment III:  Info/Question/Answer
## Probation Protocol

- Earned Compliance Credits (ECCs)
    - How issued in 15th, 17th
    - Termination of Probation – Protocol; Notice to Judge

# Your court is experiencing issues with ECCs.

A. True

B. False



# How does your court handle early termination of probation (i.e. ECCs will apply)?

A. PnP terminates without notice to court

B. Ex Parte by Judge after notice from PnP

C. D.A. weighs in



# How does your court handle a denial of ECCs?

A. Rule to Show Cause

B. Ex Parte



# If Rule to Show Cause for denial of ECCs:

A. Notice to PnP and Defendant Only

B. D.A. notified and allowed to weigh in



# What other issues are you having with ECCs?

| Rank | Responses |
|------|-----------|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Other |



# What other issues are you having with ECCs?

Louisiana Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

## Segment IV:  Mishmash of Other Sentencing Information

- Monetary Obligations & Restitution (after JRI)

- NICS and Firearms Prohibitions

- Amending Bill of Information in Writing/UCO Form Completion

## Probation Extension Post JRI
## Monetary Obligations  (C.Cr.P. Art. 894.4 )

- No extension for unpaid fines, fees, costs
- Refer Unpaid LFOs to Office of Debt Recovery La. R.S 47:1676
- Unpaid Restitution  - Extension of Probation only once for maximum of 6 months
  - Convert unpaid restitution to civil money judgment
  - Refer to Office of Debt Recovery
  - Other mechanism authorized by law

Louisiana Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Case 3:20-cv-00233-JWD-SDJ    Document 113-7    08/22/22    Page 34 of 44

Hon. Bernette J. Johnson    Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator



# NICS

- National Instant Criminal Background Check System

    - Federal <u>Program</u> allowing electronic/phone checks prior to transfer

    - Federal <u>Database</u> of individuals prohibited from possessing firearms

    - LASC CMIS is Louisiana's POC for submission/correction/cancellation



# NICS Firearms Prohibitors

## U.S.C. Title 18 §922 (g,n) Unlawful acts

1) Felony <u>indictment</u> or <u>conviction</u> (punishable by imprisonment of 1 year or more)
2) Fugitive from justice (enforcement is difficult)
3) Drug user (not limited to convictions)
4) Mental defectives (incompetence or NGBRI)
5) Illegal alien (feds only)
6) Dishonorable discharge (feds only)
7) Renounced citizenship (feds only)
8) Court order (bail, probation, civil commitment, interdiction or protective order)
9) MCDV conviction (not just 14:35.3)

## La. R.S. 13:753 Reporting to LASC for NICS Database

1) Conviction of a crime listed in 14:95.1(A) Possession of firearm … by a felon
2) Incompetency, NGBRI, Involuntary Commitments
3) Court order
4) Conviction of 14:35.3 Domestic Abuse Battery
5) Conviction of 14:34.9 Battery of Dating Partner

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

Hon. Bernette J. Johnson
Chief Justice
John Tarlton Olivier
Clerk of Court
Sandra A. Vujnovich
Judicial Administrator

# Amending the Bill of Information

- DOC requests amendments to Bill of Information in writing

- UCO and Bill of Information should match

- Oral amendments to Bill cause discrepancy

- Minutes no longer required for DOC – UCO only

- Intent of UCO- Heighten and Simplify communication with DOC

# Your D.A. amends the Bill of Information in writing

A.  True
B.  False



# What is the best solution to requirement for written amendment of BoI?

| Rank | Responses |
|------|-----------|
| 1. | No longer require Bill sent to DOC |
| 2 | Include space on UCO to indicate Bill amendment |
| 3 | Require D.A. to write amendment on Bill |
| 4 | Other |
| 5 | Other |



# How does your court complete the UCO?

A. Judge

B. Clerk

C. D.A.

D. Defense Counsel

E. We do not use the UCO



# In what manner is the UCO Completed?

A. Handwritten

B. Word Document

C. Fillable pdf

D. Guided Form Completion

E. We do not use the UCO



# When is the UCO Completed?

A. Prior to Sentencing

B. Real time

C. After Sentencing



# Who sends the UCO to DOC?

A. Sheriff

B. Clerk

C. Other



# How is the UCO sent to DOC?

A. By Hand Delivery

B. Email

C. Mail



Hon. Bernette J. Johnson
Chief Justice

John Tarlton Olivier
Clerk of Court

Sandra A. Vujnovich
Judicial Administrator

Louisiana
Supreme Court
400 Royal St | New Orleans, La 70130 | Tel: 504-310-2300

# Interactive Sentencing Workshop

LJC Fall Judges Conference
Sunday October 6, 2019

Judge John LeBlanc, 17th JDC
Judge Jules Edwards, 15th JDC
Jonathan Vining, DOC
Jennifer Eagan, LASC
Russell Cortazzo, LASC