

# Supreme Court
### STATE OF LOUISIANA
### New Orleans

CHIEF JUSTICE
    BERNETTE J. JOHNSON    Seventh District
JUSTICES
    GREG GERARD GUIDRY    First District
    SCOTT J. CRICHTON    Second District
    JAMES T. GENOVESE    Third District
    MARCUS R. CLARK    Fourth District
    JEFFERSON D. HUGHES III    Fifth District
    JOHN L. WEIMER    Sixth District

JOHN TARLTON OLIVIER
CLERK OF COURT

400 ROYAL STREET
NEW ORLEANS, LA 70130

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

## MEMORANDUM

**TO:** District Court Judges, Court Administrators
**FROM:** Chief Justice Bernette Joshua Johnson
**DATE:** November 16, 2017
**RE:** Uniform Commitment Order

---

Act 98 (HB 204) of the 2017 Regular Legislative Session changes current law by removing the requirement that the court provide a copy of the court minutes to the Department of Public Safety and Corrections (DPS&C) and instead requires the court to provide a certified copy of the Uniform Sentencing Commitment Order in the format authorized by the Louisiana Supreme Court. The provision further authorizes DPS&C to request from the sentencing court any information about the sentence not provided in the UCO. The provision is effective **December 1, 2017.**

Because a clerk of court will no longer be required to provide the sentencing minutes to DPS&C, then the accuracy of the information recorded in the UCO takes on greater significance. With this in mind, members of the District Judges Association, DPS&C, and the Clerks of Court Association, met on several occasions with LASC staff to revise and adapt the UCO in accordance with the new law and to improve communication between the sentencing judge and DPS&C.

**Please be advised that this memorandum shall serve as the new UCO form and replaces the old form and shall be used in all district courts, pursuant to C.Cr.P. Art. 892 and Act 98 of the 2017 Regular Legislative Session.**

A revised version of the UCO, with instructions, is attached to this memorandum. You may also find the form on the Louisiana Supreme Court website, www.lasc.org, and on the Louisiana District Judges website, www.ldja.org.

Attachment

*/s/ Bernette J. Johnson*

EXHIBIT 3