UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | CIVIL ACTION NO. 3:20-cv-0233<br><br>JUDGE JOHN W. DeGRAVELLES<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

## PLAINTIFFS' MOTION TO SUBSTITUTE THEIR REPLY

Plaintiffs, through their undersigned counsel, respectfully move the Court for leave to substitute their Reply, Dkt. 123, with the attached Reply. In support, Plaintiffs state as follows:

1. On September 19, 2022 counsel for Plaintiffs received a call from the Clerk regarding Dkt. 123 and its deficiencies.

2. The Clerk noted the Reply should only be 10-pages and the signature of the attorneys is required to be on the tenth page.

3. The Clerk requested that we file this Motion to Substitute along with the modified reply to reflect the signature starting on the tenth page.

4. Counsel for Plaintiff note that there have been no other changes to the brief other than the modification of the signature block to conform to Local Rules.

**WHEREFORE**, Plaintiffs respectfully request this Court allow Plaintiffs to substitute their Reply attached as Exhibit 1 as their Reply in Support of Motion for Class Certification.

Dated: September 20, 2022

/s/ *William Most*

*One of Plaintiff's attorneys*

Mercedes Montagnes, La. Bar No. 33287
Rebecca Ramaswamy, La. Bar No. 39524
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

Respectfully submitted,

/s/ *Stephen H. Weil*

Michael Kanovitz
Stephen Weil
Kelly Jo Popkin
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Email: weil@loevy.com