UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN HUMPHREY,** | * | **CIVIL ACTION** |
| on behalf of himself | * | |
| and all similarly situated individuals, | * | **NUMBER: 3:20-cv-00233-JWD-SDJ** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE JOHN W. DeGRAVELLES** |
| | * | |
| **JAMES LEBLANC** | * | **MAGISTRATE JUDGE** |
| | * | **SCOTT JOHNSON** |

**AND**

**JOEL GIROIR, on behalf of himself and all similarly situated individuals,**

**Plaintiff**

v.                                                              **CIVIL ACTION NO. 3:21-cv-108-JWD-SDJ**

**JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**

**Defendants**
*****************************************************************************

**RESPONSE TO ORDER (R.DOCS. 173 AND 87)**

MAY IT PLEASE THE COURT:

Defendant, James LeBlanc, in his official capacity as Secretary, Louisiana Department of Public Safety and Corrections (hereinafter "DPS&C"), respectfully submits this brief that responds to the Court's Orders dated March 14, 2023 in both the *Humphrey* (R.Doc. 173) and *Giroir* (R.Doc. 87) matters. The DPS&C responds to the Court's Order on the specific topics, as follows:

1. **Whether the Parties Believe that a Hearing would be Required or Useful to the Resolution of the Class Certification Issue.**

The DPS&C does not believe that a hearing in the class certification issue in either *Humphrey* or *Giroir* are required. However, to the extent the Court has any questions specific to the pending Motions for Class Certification, or any related issues, DPS&C can respond to those questions in writing or at a hearing before the Court.

2. **Whether it is Advisable to Consolidate (for hearing or otherwise) *Humphrey* with *Giroir* for Purposes of the Class Certification Issue.**

As the Court is aware, *Humphrey* and *Giroir* are separate cases that involve separate issues. In particular, the *Humphrey* case seeks to certify a class of individuals that were allegedly overdetained in the past, who are seeking monetary damages. The *Giroir* case, on the other hand, seeks the certification of a class seeking injunctive relief only. Because of the different relief sought in each case, the standards and requirements for class certification are different. As the DPS&C has outlined in its opposition memoranda to Plaintiffs' Motions for Class Certification (R.Doc. 118-*Humphrey*) and (R.Doc. 27-*Giroir*), the DPS&C argues that class certification is not appropriate in either case, but for different reasons. Accordingly, complete consolidation of the cases should not occur. Although these cases were consolidated for discovery purposes only for efficiency, differing standards for class certification in each case given the specific relief sought justifies allowing them to proceed independently.

3. **If the Parties Request a Hearing, (a) What Witnesses the Parties Anticipate to be Called at the Hearing, and (b) Whether it is Anticipated that Those Witnesses would Appear Live or Via Zoom.**

The DPS&C does not necessarily request a hearing on the Motions for Class Certification in either case. However, if the Plaintiffs request a hearing and propose offering the testimony of

2

witnesses, DPS&C would like the opportunity to cross examine those witnesses, if necessary, at any hearing that the Court conducts. Further, the DPS&C does not anticipate to call any witnesses of its own at a hearing on the issues of class certification in either case.

              Respectfully submitted,

              **JEFF LANDRY**
              **Attorney General**

              By: /s/Christopher K. Jones
              Andrew Blanchfield, T.A. (#16812)
              Email: ablanchfield@keoghcox.com
              Christopher K. Jones (#28101)
              Email: cjones@keoghcox.com
              Chelsea A. Payne (#35952)
              Email: cpayne@keoghcox.com
              Special Assistant Attorneys General
              701 Main Street (70802)
              Post Office Box 1151
              Baton Rouge, Louisiana 70821
              Telephone: (225) 383-3796
              Facsimile: (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 4th day of April, 2023.

              /s/ Christopher K. Jones
              CHRISTOPHER K. JONES