| * DOC * NUMBER | LAST NA | FIRST NA | SENTENCE DATE | CRT CDE | ADMIT DATE | TMCOMP READY | CTRP LAST DTE | TMCOMP LAST DTE | RAW GTPS DTE | RELEASE DATE | DOC SERVED | PREC RECEIV | SENT TO RECEIV | RECEIV TO COMP | TM REDY TO REL | TM TO LAST | CTRP TO REL | RAW TO RELEASE | JAIL CREDIT | CTRP EARNED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20190822 | 111 | 20190822 | 200519 | | 200519 | 20200328 | 20200522 | 274 | 200519 | 271 | 0 | 3 | 0 | | 55 | 155 | |
| | | | 20200218 | 34 | 20200310 | 200507 | | 200512 | 20200303 | 20200512 | 63 | 200506 | 78 | 1 | 5 | 5 | | 70 | 111 | |
| | | | 20200415 | 14 | 20200415 | 200504 | | 200505 | 20200406 | 20200505 | 20 | 200501 | 16 | 3 | 1 | 1 | | 29 | 64 | |
| | | | 20200402 | 4 | 20200402 | 200504 | | 200505 | 20190917 | 20200505 | 33 | 200504 | 32 | 0 | 1 | 1 | | 231 | 325 | |
| | | | 20200420 | 9 | 20200420 | 200520 | | 200521 | 20181221 | 20200521 | 31 | 200514 | 24 | 6 | 1 | 1 | | 517 | 151 | |
| | | | 20200408 | 15 | 20200408 | 200507 | | 200507 | 20200202 | 20200508 | 30 | 200504 | 26 | 3 | 1 | 0 | | 96 | 154 | |
| | | | 20200421 | 26 | 20200421 | 200428 | | 200428 | 20200501 | 200501 | 10 | 200428 | 7 | 0 | 3 | 0 | | 0 | 116 | |
| | | | 20200414 | 111 | 20200414 | 200520 | | 200520 | 20200427 | 20200521 | 37 | 200519 | 35 | 1 | 1 | 0 | | 24 | 13 | |
| | | | 20200414 | 42 | 20200414 | 200506 | | 200507 | 20200401 | 20200507 | 23 | 200506 | 22 | 0 | 1 | 1 | | 36 | 269 | |
| | | | 20200420 | 26 | 20200420 | 200504 | | 200504 | 20200510 | 20200510 | 20 | 200504 | 14 | 0 | 6 | 0 | | 0 | 106 | |
| | | | 20200304 | 24 | 20200304 | 200508 | 20200508 | 200511 | 20200511 | 20200511 | 68 | 200501 | 58 | 7 | 3 | 3 | 3 | 0 | 207 | 20 |
| | | | 20200415 | 1 | 20200415 | 200430 | | 200501 | 20200329 | 20200501 | 16 | 200430 | 15 | 0 | 1 | 1 | | 33 | 229 | |
| | | | 20200430 | 4 | 20200430 | 200506 | | 200507 | 20200327 | 20200507 | 7 | 200506 | 6 | 0 | 1 | 1 | | 41 | 161 | |
| | | | 20200430 | 24 | 20200430 | 200505 | | 200505 | 20200122 | 20200506 | 6 | 200505 | 5 | 0 | 1 | 0 | | 105 | 121 | |
| | | | 20200428 | 16 | 20200428 | 200504 | | 200504 | 20200107 | 20200505 | 7 | 200501 | 3 | 3 | 1 | 0 | | 119 | 240 | |
| | | | 20200505 | 1 | 20200505 | 200511 | | 200511 | 20200516 | 20200516 | 11 | 200511 | 6 | 0 | 5 | 0 | | 0 | 116 | |
| | | | 20200227 | 27 | 20200227 | 200515 | | 200518 | 20200419 | 20200518 | 81 | 200501 | 64 | 14 | 3 | 3 | | 29 | 26 | |
| | | | 20200210 | 22 | 20200210 | 200505 | | 200505 | 20200507 | 20200507 | 87 | 200414 | 64 | 21 | 2 | 0 | | 0 | 101 | |
| | | | 20200306 | 16 | 20200306 | 200512 | | 200512 | 20200519 | 20200519 | 74 | 200505 | 60 | 7 | 7 | 0 | | 0 | 7 | |
| | | | 20200507 | 15 | 20200507 | 200518 | | 200520 | 20200204 | 20200520 | 13 | 200515 | 8 | 3 | 2 | 2 | | 106 | 126 | |
| | | | 20200416 | 15 | 20200416 | 200505 | | 200506 | 20191201 | 20200507 | 21 | 200504 | 18 | 1 | 2 | 1 | | 158 | 329 | |
| | | | 20200421 | 16 | 20200421 | 200519 | | 200519 | 20200525 | 20200525 | 34 | 200518 | 27 | 1 | 6 | 0 | | 0 | 220 | |
| | | | 20200127 | 14 | 20200127 | 200513 | | 200513 | 20191207 | 20200514 | 108 | 200507 | 101 | 6 | 1 | 0 | | 159 | 544 | |
| | | | 20200430 | 4 | 20200430 | 200522 | | 200526 | 20200301 | 20200526 | 26 | 200518 | 18 | 4 | 4 | 4 | | 86 | 71 | |
| | | | 20200506 | 21 | 20200506 | 200522 | | 200522 | 20200523 | 20200526 | 20 | 200521 | 15 | 1 | 4 | 0 | | 3 | 110 | |
| | | | 20200513 | 36 | 20200513 | 200528 | 20200528 | 200528 | 20200718 | 20200529 | 16 | 200522 | 9 | 6 | 1 | 0 | 1 | -50 | 366 | 75 |
| | | | 20191216 | 22 | 20191216 | 200522 | | | 20200529 | 20200529 | 165 | 200521 | 157 | 1 | 7 | ****** | | 0 | 90 | |
| | | | 20200413 | 22 | 20200413 | 200522 | | 200522 | 20200507 | 20200526 | 43 | 200522 | 39 | 0 | 4 | 0 | | 19 | 230 | |
| | | | 20200312 | 4 | 20200312 | 200512 | | 200513 | 20200418 | 20200513 | 62 | 200323 | 11 | 50 | 1 | 1 | | 25 | 26 | |
| | | | 20200505 | 26 | 20200505 | 200519 | | 200519 | 20191224 | 20200520 | 15 | 200515 | 10 | 4 | 1 | 0 | | 148 | 261 | |
| | | | 20200423 | 4 | 20200423 | 200526 | | 200527 | 20191225 | 20200527 | 34 | 200518 | 25 | 8 | 1 | 1 | | 154 | 247 | |
| | | | 20200511 | 21 | 20200511 | 200521 | | 200521 | 20200520 | 20200522 | 11 | 200519 | 8 | 2 | 1 | 0 | | 2 | 118 | |
| | | | 20200423 | 4 | 20200423 | 200522 | | 200526 | 20200315 | 20200526 | 33 | 200518 | 25 | 4 | 4 | 4 | | 72 | 70 | |
| | | | 20200417 | 111 | 20200417 | 200505 | | 200506 | 20200402 | 20200506 | 19 | 200505 | 18 | 0 | 1 | 1 | | 34 | 95 | |
| | | | 20200501 | 13 | 20200501 | 200514 | | 200514 | 20191227 | 20200515 | 14 | 200512 | 11 | 2 | 1 | 0 | | 140 | 190 | |
| | | | 20200415 | 14 | 20200415 | 200513 | | 200514 | 20200124 | 20200514 | 29 | 200501 | 16 | 12 | 1 | 1 | | 111 | 227 | |
| | | | 20200408 | 31 | 20200408 | 200511 | | 200511 | 20200306 | 20200512 | 34 | 200507 | 29 | 4 | 1 | 0 | | 67 | 625 | |
| | | | 20200220 | 30 | 20200220 | 200528 | | 200529 | 20200326 | 20200529 | 99 | 200501 | 71 | 27 | 1 | 1 | | 64 | 19 | |
| | | | 20200518 | 13 | 20200518 | 200526 | | 200526 | 20200408 | 20200526 | 8 | 200522 | 4 | 4 | 0 | 0 | | 48 | 154 | |
| | | | 20200313 | 34 | 20200313 | 200505 | | 200505 | 20200307 | 20200505 | 53 | 200430 | 48 | 5 | 0 | 0 | | 59 | 65 | |
| | | | 20200220 | 11 | 20200220 | 200504 | | 200504 | 20200309 | 20200504 | 74 | 200501 | 71 | 3 | 0 | 0 | | 56 | 11 | |
| | | | 20200227 | 22 | 20200227 | 200527 | | 200527 | 20200425 | 20200527 | 90 | 200526 | 89 | 1 | 0 | 0 | | 32 | 1 | |
| | | | 20200519 | 10 | 20200519 | 200529 | | 200529 | 20191121 | 20200529 | 10 | 200528 | 9 | 1 | 0 | 0 | | 190 | 265 | |
| | | | 20200511 | 111 | 20200511 | 200518 | | 200518 | 20170927 | 20200518 | 7 | 200518 | 7 | 0 | 0 | 0 | | 964 | 532 | |
| | | | 20200408 | 15 | 20200408 | 200506 | | 200506 | 20190613 | 20200506 | 28 | 200504 | 26 | 2 | 0 | 0 | | 328 | 432 | |
| | | | 20200303 | 12 | 20200303 | 200518 | | 200518 | 20200313 | 20200518 | 76 | 200515 | 73 | 3 | 0 | 0 | | 66 | 12 | |
| | | | 20200504 | 26 | 20200504 | 200519 | | 200519 | 20200507 | 20200519 | 15 | 200518 | 14 | 1 | 0 | 0 | | 12 | 124 | |
| | | | 20200423 | 14 | 20200423 | 200508 | | 200508 | 20200412 | 20200508 | 15 | 200507 | 14 | 1 | 0 | 0 | | 26 | 138 | |
| | | | 20200420 | 9 | 20200420 | 200519 | | 200519 | 20200409 | 20200519 | 29 | 200515 | 25 | 4 | 0 | 0 | | 40 | 151 | |
| | | | 20200427 | 15 | 20200427 | 200504 | | 200504 | 20200316 | 20200504 | 7 | 200501 | 4 | 3 | 0 | 0 | | 49 | 169 | |
| | | | 20200408 | 17 | 20200408 | 200505 | | 200505 | 20200410 | 20200505 | 27 | 200504 | 26 | 1 | 0 | 0 | | 25 | 124 | |
| | | | 20200423 | 14 | 20200423 | 200504 | | 200504 | 20200125 | 20200504 | 11 | 200501 | 8 | 3 | 0 | 0 | | 100 | 166 | |
| | | | 20200519 | 24 | 20200519 | 200521 | | 200521 | 20200130 | 20200521 | 2 | 200520 | 1 | 1 | 0 | 0 | | 112 | 239 | |
| | | | 20190718 | 22 | 20190718 | 200520 | | 200520 | 20191019 | 20200520 | 307 | 200519 | 306 | 1 | 0 | 0 | | 214 | 2 | |
| | | | 20200415 | 32 | 20200415 | 200501 | | 200501 | 20191223 | 20200501 | 16 | 200429 | 14 | 2 | 0 | 0 | | 130 | 432 | |
| | | | 20200428 | 1 | 20200428 | 200512 | | 200512 | 20200320 | 20200512 | 14 | 200508 | 10 | 4 | 0 | 0 | | 53 | 230 | |
| | | | 20200108 | 22 | 20200108 | 200519 | | 200519 | 20191201 | 20200519 | 132 | | ******* | | 0 | 0 | | 170 | 165 | |
| | | | 20200504 | 15 | 20200504 | 200512 | | 200512 | 20200125 | 20200512 | 8 | 200512 | 8 | 0 | 0 | 0 | | 108 | 143 | |
| | | | 20200305 | 26 | 20200305 | 200518 | | 200518 | 20200420 | 20200518 | 74 | 200515 | 71 | 3 | 0 | 0 | | 28 | 37 | |
| | | | 20200507 | 15 | 20200507 | 200518 | | 200518 | 20190906 | 20200518 | 11 | 200515 | 8 | 3 | 0 | 0 | | 255 | 266 | |
| | | | 20200512 | 26 | 20200512 | 200519 | | 200519 | 20200216 | 20200519 | 7 | 200518 | 6 | 1 | 0 | 0 | | 93 | 215 | |
| | | | 20200511 | 15 | 20200511 | 200520 | | 200520 | 20200215 | 20200520 | 9 | 200515 | 4 | 5 | 0 | 0 | | 95 | 215 | |
| | | | 20200511 | 21 | 20200511 | 200521 | | 200521 | 20200606 | 20200521 | 10 | 200519 | 8 | 2 | 0 | 0 | | -16 | 101 | |
| | | | 20200508 | 32 | 20200508 | 200527 | | 200527 | 20190618 | 20200527 | 19 | 200526 | 18 | 1 | 0 | 0 | | 344 | 569 | |
| | | | 20200429 | 21 | 20200429 | 200513 | | 200513 | 20200429 | 20200513 | 14 | 200512 | 13 | 1 | 0 | 0 | | 14 | 126 | |
| | | | 20200402 | 111 | 20200402 | 200513 | | 200513 | 20200211 | 20200513 | 41 | 200513 | 41 | 0 | 0 | 0 | | 92 | 357 | |
| | | | 20200211 | 12 | 20200211 | 200515 | | 200515 | 20200324 | 20200515 | 94 | 200514 | 93 | 1 | 0 | 0 | | 52 | 217 | |
| | | | 20190917 | 19 | 20190917 | 200506 | | 200506 | 20191122 | 20200506 | 232 | 190925 | 8 | 224 | 0 | 0 | | 166 | 188 | |
| | | | 20200507 | 23 | 20200507 | 200519 | | 200519 | 20200416 | 20200519 | 12 | 200515 | 8 | 4 | 0 | 0 | | 33 | 277 | |
| | | | 20200414 | 32 | 20200414 | 200501 | | 200501 | 20200410 | 20200501 | 17 | 200429 | 15 | 2 | 0 | 0 | | 21 | 210 | |
| | | | 20200513 | 15 | 20200513 | 200527 | | 200527 | 20180901 | 20200527 | 14 | 200526 | 13 | 1 | 0 | 0 | | 634 | 987 | |
| | | | 20200420 | 4 | 20200420 | 200518 | | 200518 | 20191114 | 20200518 | 28 | 200515 | 25 | 3 | 0 | 0 | | 186 | 351 | |
| | | | 20200512 | 26 | 20200512 | 200519 | | 200519 | 20200509 | 20200519 | 7 | 200518 | 6 | 1 | 0 | 0 | | 10 | 131 | |
| | | | 20200507 | 14 | 20200507 | 200512 | | 200512 | 20200228 | 20200512 | 5 | 200511 | 4 | 1 | 0 | 0 | | 74 | 74 | |
| | | | 20200310 | 7 | 20200310 | 200529 | | 200529 | 20200414 | 20200529 | 80 | 200526 | 77 | 3 | 0 | 0 | | 45 | 60 | |
| | | | 20200423 | 22 | 20200423 | 200513 | | 200513 | 20200305 | 20200513 | 20 | 200512 | 19 | 1 | 0 | 0 | | 69 | 176 | |
| | | | 20190725 | 30 | 20190725 | 200526 | | 200526 | 20191122 | 20200526 | 306 | 200522 | 302 | 4 | 0 | 0 | | 186 | 70 | |
| | | | 20200520 | 32 | 20200520 | 200529 | | 200529 | 20200328 | 20200529 | 9 | 200527 | 7 | 2 | 0 | 0 | | 62 | 181 | |
| | | | 20200504 | 23 | 20200504 | 200507 | | 200507 | 20200328 | 20200507 | 3 | 200506 | 2 | 1 | 0 | 0 | | 40 | 229 | |
| | | | 20200309 | 12 | 20200309 | 200529 | | 200529 | 20200528 | 20200529 | 81 | 200528 | 80 | 1 | 0 | 0 | | 1 | 35 | |
| | | | 20200309 | 24 | 20200309 | 200522 | | 200522 | 20200320 | 20200522 | 74 | 200520 | 72 | 2 | 0 | 0 | | 63 | 120 | |
| | | | 20200507 | 23 | 20200507 | 200519 | | 200519 | 20200512 | 20200519 | 12 | 200518 | 11 | 1 | 0 | 0 | | 7 | 142 | |
| | | | 20200423 | 4 | 20200423 | 200527 | | 200527 | 20200327 | 20200527 | 34 | 200518 | 25 | 9 | 0 | 0 | | 61 | 154 | |
| | | | 20200511 | 15 | 20200511 | 200518 | | 200518 | 20200214 | 20200518 | 7 | 200514 | 3 | 4 | 0 | 0 | | 94 | 173 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20200409 | 36 | 20200409 | 200501 | | 20191120 | 20200501 | 22 | 200429 | 20 | 2 | 0 | ****** | 163 | 268 |
| 20200107 | 22 | 20200107 | 200504 | 200504 | 20200414 | 20200504 | 118 | 200501 | 115 | 3 | 0 | 0 | 20 | 156 |
| 20200430 | 36 | 20200430 | 200520 | 200520 | 20200515 | 20200520 | 20 | 200515 | 15 | 5 | 0 | 0 | 5 | 54 |