UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HUMPHREY, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-233-JWD-SDJ** |
| **JAMES LEBLANC** | **CONSOLIDATED WITH NO. 21-108** |

## ORDER

The district judge recently issued an Order lifting "the stay of these [consolidated] matters." (No. 20-233, R. Doc. 186). Following that stay, several **discovery-related Motions** are again pending or were recently filed:

| | |
|---|---|
| Defendants' Motion for Protective Order | (No. 20-233, R. Doc. 149) |
| Plaintiffs' Motions for Leave to Serve Additional RFAs | (No. 20-233, R. Doc. 179) (No. 21-108, R. Doc. 93) |
| Defendants' Motion to Quash | (No. 20-233, R. Doc. 188) |

The Court just issued an Order (No. 20-233, R. Doc. 189) denying the Motion to Quash (No. 20-233, R. Doc. 188), but only to the extent Plaintiffs sought to inspect the relevant DOC facilities on the days provided in the subpoenas at issue.

In that Order, the Court advised that it intended to set a Status Conference with the parties in both consolidated cases to discuss the substantive issues presented in the Motions listed above. And so,

**IT IS ORDERED** that all parties to this consolidation (No. 20-233 and No. 21-108) will participate in a **Status Conference** on **June 27, 2023, at 10:00 a.m.** before United States

Magistrate Judge Scott D. Johnson. The Conference will be held by **zoom**. Instructions for participating by zoom will be provided ahead of the Conference.

The parties are additionally **ORDERED** to **confer** ahead of the Conference to **resolve** as many of their **discovery issues** as possible without the need for Court-intervention. The parties should then advise the Court of all resolved issues during the conference.

For any **unresolved** issues, the parties should come **prepared** to discuss their positions in detail so that the pending discovery-related Motions, as well as the substantive issues presented in the Motion to Quash, can be resolved as quickly as possible.

Signed in Baton Rouge, Louisiana, on June 13, 2023.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**