UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HUMPHREY, JOEL GIRIOR AND BRYANT WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-233-JWD-SDJ** |
| **JAMES LEBLANC** | **CONSOLIDATED WITH NO. 21-108-JWD-SDJ** |

## ORDER

On June 27, 2023, at 10:00 a.m., United States Magistrate Judge Scott. D. Johnson held a video Status Conference that included the following **participants**:

| | |
|---|---|
| **Lydia Wright** | **Andrew Blanchfield** |
| **Samantha Bosalavage** | **Christopher K. Jones** |
| **William Most** | **Chelsea Payne** |
| **Stephen H. Weil** | Counsel for Defendants |
| **Caroline Gabriel** | |
| Counsel for Plaintiffs | |

The Court addressed the pending discovery-related Motions (No. 20-cv-233, R. Docs. 149, 179, 192); (No. 21-108, R. Doc. 93) with the parties, who in turn provided additional insight on their discovery issues. The Court takes the pending discovery Motions under advisement and will separately issue orders as it resolves each Motion.

Signed in Baton Rouge, Louisiana, on June 27, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 00:45