UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HUMPHREY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LEBLANC, <br><br> Defendant. | Civil Action No. 3:20-cv-0233-JWD-SDJ |

## MOTION FOR LEAVE TO WITHDRAW

Plaintiffs, by and through the undersigned attorney, seek leave of this Court to withdraw attorney Stephen H. Weil as counsel for Plaintiffs. In support thereof, Plaintiffs state as follows:

1. Mr. Weil's employment with Loevy & Loevy, the firm representing Plaintiffs, has concluded.

2. Plaintiffs continue to be represented by the following attorneys from Loevy & Loevy: Michael Kanovitz, Maria Makar, and Margaret Gould.

3. Additionally, Plaintiffs will continue to be represented by Mercedes Montagnes, Samantha Nicole Bosalavage, Claude-Michael Comeau and Lydia Wright of The Promise of Justice Initiative and William Most of the Law Office of William Most, LLC.

4. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiff, no party will be prejudiced if Mr. Weil is permitted to withdraw his appearance.

5. Pursuant to LR 83(b)(13), attorney Stephen H. Weil certifies that consent has been sought for the relief requested in this motion and affixes his signature below.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Stephen H. Weil to withdraw his appearance as counsel in this matter.

Respectfully Submitted,

/s/ Maria Makar
Maria Makar
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Samantha Nicole Bosalavage,
Claude-Michael Comeau
Lydia Wright
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955

William Most
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
(504) 509-5023

## **CERTIFICATION OF CONSENT**

I, Stephen H. Weil, certify that I am no longer an employee with Loevy & Loevy, one of the firms representing Plaintiffs, and provide my consent for the relief sought in this motion.

  /s/ Stephen H. Weil

## **CERTIFICATE OF SERVICE**

      I, Maria Makar, an attorney, hereby certify that on October 7, 2024, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

      /s/ Maria Makar
      *One of Plaintiffs' Attorneys*