# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES LEBLANC, )<br>)<br>Defendant. ) | Case No. 20-cv-0233 |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court hereby grants the Motion to Withdraw Mr. Weil as counsel for Plaintiffs.


Date: _____    _____
                                    United States District Judge