# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 20-cv-0233 |
| JAMES LEBLANC, ) ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court hereby grants the Motion to Withdraw Mr. Weil as counsel for Plaintiffs.

Date: _____      _____
                                 United States District Judge