# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES LEBLANC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 20-cv-0233 |

## [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PLEADING

The Court hereby grants the Motion to Substitute Plaintiffs' Pleading regarding the Motion to Withdraw Attorney Stephen H. Weil (Dkt. 226).

Date: _____       _____
                                                                              United States District Judge