UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRIAN HUMPHREY, et al.**                                         **CIVIL ACTION**

**VERSUS**                                                                       **NO.  20-233-JWD-SDJ**

**JAMES LEBLANC HUMPHREY**

**Consolidated for discovery only**

**BRIAN HUMPHREY, et al.**                                         **CIVIL ACTION**

                                                                                     **NO.  21-108-JWD-SDJ**

**VERSUS**

**JAMES LEBLANC HUMPHREY,** *et al.*

## ORDER

Considering the Plaintiffs' Motion to Reopen (Doc. 230),

**IT IS ORDERED** that the Motion to Reopen (Doc. 230) is **GRANTED**, and the

administrative stay in the above-referenced cases is lifted as of the date of this order.

**IT IS FURTHER ORDERED** that is ordered to reinstate the following Motions that

were previously terminated with administrative closures:

1. Doc. 104 Motion to Certify Class filed in Civil Action 20-233,

2. Doc. 25 Motion to Certify Class filed in Civil Action 21-108,

3. Doc. 28 Motion to Strike/Exclude Certain Evidence Offered by Plaintiff in
   Support of Motion to Certify Class (Doc. 28) in Civil Action 21-108.

**IT IS FURTHER ORDERED** that this matter is **referred** to Magistrate Judge Johnson

for a scheduling conference.

Signed in Baton Rouge, Louisiana, on <u>November 5, 2024</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**