UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HUMPHREY,** *et al.*,<br><br>**Plaintiffs,**<br>v.<br><br>**JAMES LEBLANC,**<br><br>**Defendant.** | Civil Action No. 3:20-cv-00233<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |
| **JOEL GIROIR,** *et al.*,<br><br>**Plaintiffs,**<br>v.<br><br>**JAMES LEBLANC,** *et al.*,<br><br>**Defendants.** | Civil Action No. 3:21-cv-00108<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |

### EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs, through undersigned counsel, hereby move pursuant to Local Rule 83.8.A for an Order admitting Kara Crutcher *pro hac vice* as counsel in the above-captioned matter.

Ms. Crutcher is an attorney licensed in the State of Illinois. She intends to sit for the Louisiana bar exam in July 2025. Ms. Crutcher is a staff attorney at the Promise of Justice Initiative, located at 1024 Elysian Fields Ave., New Orleans, Louisiana, 70117. She can be reached by phone at (504) 529-5955 and by email at kcrutcher@defendla.org.

Attached as **Exhibit A** is Ms. Crutcher's declaration under oath that no disciplinary proceedings or criminal charges have been instituted against her. *See* Local Rule 83(b)(8)(C). That declaration also includes the statement required by Local Rule 83(b)(8)(D).

Attached as **Exhibit B** is a Certificate of Good Standing issued by the Supreme Court of Illinois. *See* Local Rule 83(b)(8)(B).

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: February 24, 2025

                                                Respectfully submitted,

/s/ *Samantha Bosalavage Pourciau*
Samantha Bosalavage Pourciau, La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

*Counsel for Plaintiffs*