UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN HUMPHREY,** | * | CIVIL ACTION |
| on behalf of himself | * | |
| and all similarly situated individuals, | * | NUMBER: 3:20-cv-00233-JWD-SDJ |
| | * | |
| | * | JUDGE JOHN W. deGRAVELLES |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE: |
| | * | SCOTT D. JOHNSON |
| **JAMES LEBLANC** | * | |
| | * | |

*******************************************************************************

| | | |
|---|---|---|
| **JOEL GIROIR, on behalf of himself** | * | CIVIL ACTION |
| and all similarly situated individuals, | * | |
| | * | NO.:  3:21-cv-00108-JWD-SDJ |
| **VERSUS** | * | |
| | * | JUDGE JOHN W. deGRAVELLES |
| **JAMES LEBLANC, in his official** | * | |
| capacity as Secretary of the Louisiana | * | MAGISTRATE JUDGE: |
| Department of Public Safety | * | SCOTT D. JOHNSON |
| & Corrections | * | |

**JOINT BRIEF IN RESPONSE TO R.DOC. 249 (Humphrey); R.DOC.154 (Giroir)**

Now, through undersigned counsel, comes named Plaintiffs and Defendants, to provide a brief statement of the issues the parties would like to discuss at the April 4, 2025 status conference in accordance with R.Doc. 249 (Humphrey); R.Doc.154 (Giroir).

On February 26, 2025, a Zoom status conference was held wherein this Court urged the parties to reconsider the possibility of settlement. During this conference, the Court suggested the use of John Perry in light of his considerable experience as a mediator.

Since this conference, the parties have discussed at length the history of the case, past attempts at settlement, and the potential prospect for making any progress at a mediation with John Perry. The parties have participated in three separate mediations in this matter with Magistrate

1

Judge Scott Johnson and made no progress towards resolution or even narrowing the issues in this case.

With respect to a mediation with Mr. Perry, the parties agree that, given the case's current posture without a ruling on class certification and other pending defenses that are unresolved, the prospect for a successful mediation at this time is nonexistent. Plaintiffs remain open to the prospect of settlement, but Defendant believes that settlement is not possible at this point in the litigation. Therefore, the parties agree that at this time, a mediation would be a waste of time and resources, and can revisit this issue as the case progresses. The parties requested the status conference to advise the Court of their positions.

        Respectfully submitted,

        LIZ MURRILL
        Attorney General

        By: /s/ Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        Email: rleblanc@keoghcox.com
        Christopher K. Jones (#28101)
        Email: cjones@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        701 Main Street (70802)
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612

/s/ Samantha Pourciau
Samantha Pourciau, La. Bar No. 39808
Kara Crutcher, *admitted PHV*
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
SBosalavage@defendla.org

Maria Makar, a*dmitted PHV*
Meg Gould, *admitted PHV*
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
Tel: (312) 243-5900
gould@loevy.com

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record, this 27th day of March, 2025.

/s/ Samantha Pourciau
Samantha Pourciau