# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 05, 2025

TO: All Counsel and Parties Listed Below

    Misc. No. 25-90027  Giroir v. LeBlanc
                         USDC No. 3:20-CV-233

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 25-30644.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $605.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5th Cir. R. 42.3.

By copy of this letter, I am requesting the district court to send the electronic record on appeal immediately.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                By: _____
                                Rebecca Andry, Deputy Clerk
                                504-310-7638

Mr. Michael Allen
Ms. Elizabeth Lauren Brown
Mr. William Brock Most
Ms. Samantha Bosalavage Pourciau

Enclosure(s)

cc:
    Mr. Michael L. McConnell

No. 25-90027

Giroir's arguments regarding the timeliness of the Defendants' motion are unavailing.