## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*, | Civil Action No. 3:20-cv-00233 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, | |
| Defendant. | |
| JOEL GIROIR, *et al.*, | Civil Action No. 3:21-cv-00108 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, *et al.*, | |
| Defendants. | |

### MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83(b)(14)(A), Plaintiffs respectfully move for an Order enrolling Cecelia Trenticosta Kappel (La. Bar No. 41142) as additional counsel in the above captioned matters.

Respectfully submitted,

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar 39808

1

>The Promise of Justice Initiative
>1024 Elysian Fields Avenue
>New Orleans, LA 70117
>Tel: (504) 529-5955
>kcrutcher@defendla.org
>
>Maria Makar, *admitted PHV*
>Loevy & Loevy
>311 N. Aberdeen St.
>Chicago, IL 60607
>Tel: (312) 243-5900
>makar@loevy.com
>
>William Most, La. Bar 36914
>Caroline Gabriel, La. Bar 38224
>Most & Associates
>201 St. Charles Ave., Ste. 2500 #9685
>New Orleans, LA 70170
>Tel: (504) 509-5023
>williammost@gmail.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

>*/s/ Samantha Pourciau*
>Samantha Pourciau