UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>JAMES LEBLANC, <br><br>Defendant. | Civil Action No. 3:20-cv-00233 <br><br>Judge John W. deGravelles <br><br>Magistrate Judge Scott D. Johnson |
| JOEL GIROIR, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>JAMES LEBLANC, *et al.*, <br><br>Defendants. | Civil Action No. 3:21-cv-00108 <br><br>Judge John W. deGravelles <br><br>Magistrate Judge Scott D. Johnson |

**MEMORANDUM IN SUPPORT OF MOTION TO ENROLL
ADDITIONAL COUNSEL FOR PLAINTIFFS**

Plaintiffs seek to enroll Cecelia Trenticosta Kappel, who joined the Promise of Justice Initiative as Deputy Director of Litigation in November 2025. Ms. Kappel is a member of the Louisiana bar and admitted to the bar of the Middle District of Louisiana.

WHEREFORE, Plaintiffs respectfully request that this Court grant their request to enroll Cecelia Trenticosta Kappel, Louisiana Bar No. 32736, as additional counsel of record in the above-captioned matters.

Respectfully submitted,

1

/s/ Samantha Pourciau
Samantha Pourciau, La. Bar 39808
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
kcrutcher@defendla.org

Maria Makar, *admitted PHV*
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
Tel: (312) 243-5900
makar@loevy.com

William Most, La. Bar 36914
Caroline Gabriel, La. Bar 38224
Most & Associates
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Samantha Pourciau
Samantha Pourciau