UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | Civil Action No. 3:20-cv-00233<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |
| JOEL GIROIR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, *et al.*,<br><br>Defendants. | Civil Action No. 3:21-cv-00108<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |

### [PROPOSED] ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that Cecelia Trenticosta Kappel be enrolled pursuant to Local Rule 83(b)(14)(A) as additional counsel of record for Plaintiffs in the above-captioned matters.

**BATON ROUGE, LOUISIANA**, this _____ day of December, 2025.

_____
JUDGE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA