UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**February 26, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**
**MAGISTRATE JUDGE SCOTT D. JOHNSON**

| | |
|---|---|
| **BRIAN HUMPHREY, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-233-JWD-SDJ** |
| **JAMES LEBLANC** | |

A status conference by zoom was held.

**PRESENT:**  William Brock Most                    Andrew Blanchfield
Samatha B. Pourciau                  Chelsea Acosta Payne
Cecelia Trenticosta Kappel          Counsel for Defendant
Caroline Gabriel
Michael Allen
Counsel for Plaintiffs

Plaintiffs re-urged why they sought a status conference. In sum, Plaintiffs need data from 2019 going forward, but they only have 2 years' worth. Plaintiffs believe Defendants are not moving as fast as they could in producing "pull documents."

Defendant provided his stance. In short, CIPRS only recently came online, so DOC has only in the last week been able to dedicate that server to generating "pull documents." Defendant described the process for generating a single "pull document" consisting of three months' worth of data.

Plaintiffs argued that the process described by Defendant is taking too long and that a Court order could shorten the process. Plaintiffs contend that the issue might be a matter of resource allocation.

The District Judge emphasized that this case is already five years old and that the matter needs to be resolved quickly.

The Magistrate Judge stated that there are issues inherent with obtaining additional resources in state government. The Magistrate Judge expressed his desire to engage OTS directly and to try to reach a practical solution. Specifically, the Magistrate Judge would like to talk directly to representatives of OTS to get to the heart of the issue and resolve it as soon as possible.

Both parties agreed that they would have a better sense of how long the process of generating a three-month "pull document" would take after a few weeks.

Accordingly, the District Judge stated that the parties should reconvene with the Magistrate Judge after a few weeks. If the process is shorter than expected, that may resolve the problem without further judicial intervention. If the process takes longer, then the Magistrate Judge can execute his plan of speaking with the technology people at OTS.

The Magistrate Judge thus scheduled a follow up status conference on March 18, 2026, at 10 a.m. by zoom. The Magistrate Judge will report back to the District Judge, who is available should the parties seek his assistance.

Signed in Baton Rouge, Louisiana, on <u>February 27, 2026</u>.

Cv36; T: 0:30

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**