**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRIAN HUMPHREY,** **JOEL GIRIOR AND** **BRYANT WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-233-JWD-SDJ** |
| **JAMES LEBLANC** | **CONSOLIDATED WITH** **NO. 21-108-JWD-SDJ** |

## ORDER

On March 18, 2026, at 10:00 a.m., United States Magistrate Judge Scott. D. Johnson held a telephone Status Conference that included the following **participants**:

| | |
|---|---|
| **William Brock Most** | **Andrew Blanchfield** |
| **Samantha B. Pourciau** | **Chelsea Acosta Payne** |
| **Cecilia Kappel** | Counsel for Defendant |
| **Caroline Gabriel** | |
| **Michael Allen** | |
| Counsel for Plaintiffs | |

Counsel for the parties discussed the ongoing production of "pull documents" from the Department of Corrections. Counsel for Defendant described the process for generating a single "pull document" consisting of three months' worth of data. Counsel for Defendant anticipates that Defendant can provide Plaintiffs with one pull document with three months' worth of date per week. Essentially, the entire production of "pull documents" should take about four months. To keep the matter on pace, the undersigned instructed that, if an issue arises that could throw production off the four-month schedule, an Expedited Joint Motion for a Status Conference should be filed immediately.

C:cv36a; T: 00:12

Signed in Baton Rouge, Louisiana, on March 20, 2026.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 00:12