## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*, | Civil Action No. 3:20-cv-00233 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, | |
| Defendant. | |
| JOEL GIROIR, *et al.*, | Civil Action No. 3:21-cv-00108 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, *et al.*, | |
| Defendants. | |

### ORDER JOINT MOTION FOR STATUS CONFERENCE

Considering the foregoing *JOINT MOTION FOR STATUS CONFERENCE* by all counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED. An electronic status conference will be held on _____ at _____ a.m./p.m.

Signed in Baton Rouge, Louisiana, on this _____ of _____, 2026.

_____