**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRIAN HUMPHREY,** **JOEL GIRIOR AND** **BRYANT WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-233-JWD-SDJ** |
| **JAMES LEBLANC** | **CONSOLIDATED WITH** **NO. 21-108-JWD-SDJ** |

## ORDER

On July 1, 2026, at 2:30 p.m., United States Magistrate Judge Scott. D. Johnson held a video Status Conference that included the following **participants**:

| | |
|---|---|
| **William Most** | **Andrew Blanchfield** |
| **Cecelia Kappel** | **Chelsea Payne** |
| **Samantha Pourciau** | *Counsel for Defendants* |
| **Michael Allen** | |
| *Counsel for Plaintiffs* | |

Counsel for the parties discussed ongoing discovery disputes regarding the "pull documents." The undersigned and counsel for the parties discussed alternate solutions to the dispute. No resolution was reached. The undersigned encouraged counsel for the parties to meet and confer to determine a reasonable, efficient, and equitable solution to the ongoing discovery disputes to move the case forward.

Signed in Baton Rouge, Louisiana, on July 7, 2026.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv36a; T: 01:30