**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRIAN HUMPHREY et al.,**<br>*Plaintiffs*,<br>v.<br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**<br>*Defendants*. | 3:20-cv-00233-JWD-SDJ |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Enroll Pro Hac Vice,

**IT IS ORDERED** that attorney Jeremy A. Benjamin be enrolled as counsel of record for Plaintiffs in the above-captioned matter.

Signed in Baton Rouge, Louisiana, this ____ day of _______________, 2026.

_________________________________
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA