**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRIAN HUMPHREY et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**<br><br>*Defendants*. | 3:20-cv-00233-JWD-SDJ |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Enroll Pro Hac Vice,

**IT IS ORDERED** that attorney Joshua Stallings be enrolled as counsel of record for Plaintiffs in the above-captioned matter.

Signed in Baton Rouge, Louisiana, this ____ day of _______________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA