**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRIAN HUMPHREY,** | * | **CIVIL ACTION** |
| **on behalf of himself** | * | |
| **and all similarly situated individuals,** | * | **NUMBER: 3:20-cv-00233-JWD-SDJ** |
| | * | |
| | * | **JUDGE JOHN W. deGRAVELLES** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **SCOTT D. JOHNSON** |
| **JAMES LEBLANC** | * | |
| | * | |

**************************************************************************

| | | |
|---|---|---|
| **JOEL GIROIR, on behalf of himself** | * | **CIVIL ACTION** |
| **and all similarly situated individuals,** | * | |
| | * | **NO.: 3:21-cv-00108-JWD-SDJ** |
| **VERSUS** | * | |
| | * | **JUDGE JOHN W. deGRAVELLES** |
| **JAMES LEBLANC, in his official** | * | |
| **capacity as Secretary of the Louisiana** | * | **MAGISTRATE JUDGE:** |
| **Department of Public Safety** | * | **SCOTT D. JOHNSON** |
| **& Corrections** | * | |

**************************************************************************

**MOTION TO STAY**

NOW INTO COURT, through undersigned counsel, comes Defendant, James LeBlanc, who files this Motion to Stay pending the decision of the Fifth Circuit concerning the class certification ruling on appeal pursuant to FRCP 26(f). Because the appeal has been pending for nearly a year, a ruling from the Fifth Circuit is likely imminent. The current discovery dispute only relates to class membership for class notice purposes, which could be mooted by the Fifth Circuit's decision. As such, Defendant requests a stay of proceedings to await the Fifth Circuit's guidance on how to proceed. For the reasons more fully outlined in the memorandum in support, the stay factors weigh in favor of granting a stay, and this Court should grant a stay pending the Fifth Circuit's decision on the pending appeal of the class certification ruling.

Defendant contacted counsel for Plaintiffs for their position, but at the time of this filing, Defendant was not able to obtain whether Plaintiffs opposed the motion.

WHEREFORE, Defendant, James LeBlanc, respectfully requests that this Honorable Court grant a stay pending the Fifth Circuit's decision on the pending appeal of the class certification ruling.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By: /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 16th day of October, 2026.

/s/ Andrew Blanchfield
ANDREW BLANCHFIELD