**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*,<br>Plaintiffs,<br>v.<br>JAMES LEBLANC,<br>Defendant. | Civil Action No. 3:20-CV-0233<br>Judge John W. deGravelles<br>Magistrate Judge Scott D. Johnson |

**UNOPPOSED MOTION TO AMEND CASE CAPTION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Brian Humphrey, Joel Giroir, and Bryant White (collectively, "Plaintiffs"), who respectfully request that this Court amend the caption in this action to reflect that Defendant James LeBlanc is sued in his individual capacity and not in his official capacity.

Plaintiffs' operative complaint in this action pleads claims against Defendant in his individual capacity. ECF 43 at 3. Plaintiffs' operative complaint states no claims against Defendant in his official capacity.

Counsel for Defendant does not oppose this motion.

To ensure the proper administration of justice in this action and in any appeals taken therefrom, Plaintiffs request that the case caption be updated to reflect that Defendant James LeBlanc is sued in his individual capacity and not in his official capacity.

Respectfully submitted,

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Cecelia Trenticosta Kappel*
Cecelia Trenticosta Kappel, La. Bar No. 32736
Samantha Pourciau, La. Bar No. 39808
Michael Allen, La. Bar No. 41142

Hacer Kandara, La. Bar No. 40417
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
ctkappel@defendla.org
sbosalavage@defendla.org
mallen@defendla.org
hkandara@defendla.org

**LOEVY & LOEVY**

*/s/ Brian Morris*
Brian Morris (*pro hac vice*)
311 N. Aberdeen
Chicago, IL 60607
Telephone: (312) 243-5900
morris@loevy.com

**MOST & ASSOCIATES**

*/s/ William Most*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
201 St. Charles Avenue, Suite 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com
Carolinegabriel@mostandassociates.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
Domonique Collins (*pro hac vice*)
Joshua Stallings (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com
dcollins@paulweiss.com
jstallings@paulweiss.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which effectuates service on all parties through their counsel of record.

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin