**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*,<br>Plaintiffs,<br>v.<br>JAMES LEBLANC,<br>Defendant. | Civil Action No. 3:20-CV-0233<br>Judge John W. deGravelles<br>Magistrate Judge Scott D. Johnson |

**ORDER**

Considering Plaintiffs' Unopposed Motion to Amend Case Caption, and for the reasons stated therein,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Caption is hereby GRANTED. The Clerk of Court is hereby directed to correct the caption in this matter to reflect that Defendant James LeBlanc is sued in his individual capacity and not in his official capacity.

Baton Rouge, Louisiana, on this _________ of ____________, 2026.

_______________________________